EXHIBIT D

## Case Information

CIV533328 | SIX4THREE, LLC VS FACEBOOK, INC, ET AL

| Case Number | Court | File Date |
| --- | --- | --- |
| CIV533328 | Civil Unlimited | 04/10/2015 |
| Case Type | Case Status | |
| (07) Unlimited Business Tort/Unfair Business Practice | Active | |

## Party

**Plaintiff**
SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT COMPANY

Active Attorneys ▾
Lead Attorney
FTHENAKIS, BASIL P
Retained

**Defendant**
FACEBOOK, INC, A DELAWARE CORPORATION

Active Attorneys ▾
Attorney
MILLER, LAURA E.
Retained

Attorney
KIM, CATHERINE Y.
Retained

Lead Attorney
MEHTA, SONAL N
Retained

Inactive Attorneys ▾
Attorney
SCHWARTZ, JULIE E
Retained

## Cause of Action

| File Date | Cause of Action | Type | Filed By | Filed Against |
| --- | --- | --- | --- | --- |
| 04/10/2015 | Complaint | Action | SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT COMPANY | FACEBOOK, INC, A DELAWARE CORPORATION |

## Events and Hearings

04/10/2015 Complaint ▾

(S) COMPLAINT FILED

Comment
COM: (S) COMPLAINT FILED

04/10/2015 Conversion Minute ▾

Comment
*FEE: 150410-0768-CK 194/ 435.00 PAYMT

04/10/2015 Conversion Minute ▾

Comment
*REFNM: 150410-0768-CK REFERENCE NUMBER D3395386

04/10/2015 Civil Case Cover Sheet ▾

CIVIL CASE COVERSHEET RECEIVED

Comment
CCS: CIVIL CASE COVERSHEET RECEIVED

04/10/2015 Summons Issued / Filed ▾

30 DAY SUMMONS, ISSUED AND FILED.

Comment
S30IF: 30 DAY SUMMONS, ISSUED AND FILED.

04/10/2015 New Filed Case

04/10/2015 Cause Of Action ▾

| Action | File Date |
| --- | --- |
| Complaint | 04/10/2015 |

06/09/2015 Conversion Action ▾

Comment
EXFEE: EX-PARTE FEE PAID BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT.

06/09/2015 Conversion Minute ▾

Comment
*FEE: 150609-0544-CK 036/ 60.00 PAYMT

06/09/2015 Conversion Minute ▾

Comment
*REFNM: 150609-0544-CK REFERENCE NUMBER 123

06/09/2015 Ex Parte Application ▾

EX PARTE APPLICATION ORDER EXTENDING TIME FOR SERVICE OF PROCESS FILED.

Comment
EXV: EX PARTE APPLICATION ORDER EXTENDING TIME FOR SERVICE OF PROCESS FILED.

06/09/2015 Declaration ▾

DECLARATION OF BASIL P. FTHENAKIS REGARDING NOTICE OF PLAINTIFF'S APPLICATION FOR EX PARTE ORDER FI

Comment
DECL: DECLARATION OF BASIL P. FTHENAKIS REGARDING NOTICE OF PLAINTIFF'S APPLICATION FOR EX PARTE ORDER FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT

**06/09/2015 Declaration ▾**

DECLARATION OF BASIL P. FTHENAKIS IN SUPPORT OF APPLICATION FOR EX PARTE ORDER EXTENDING FILED BY S

Comment
DECL: DECLARATION OF BASIL P. FTHENAKIS IN SUPPORT OF APPLICATION FOR EX PARTE ORDER EXTENDING FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT

---

**06/09/2015 Memorandum of Points & Authorities Filed ▾**

MEMORANDUM OF POINTS AND AUTHORITIES FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT IN SUPPOR

Comment
MPA: MEMORANDUM OF POINTS AND AUTHORITIES FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT IN SUPPORT OF APPLICATION FOR EX PARTE ORDER EXTENDING TIME FOR SERVICE OF PROCESS

---

**06/09/2015 Order ▾**

ORDER EXTENDING TIME FOR SERVICE OF PROCESS, SIGNED BY JUDGE SCOTT ON 06/09/15 FILED.

Comment
O2: ORDER EXTENDING TIME FOR SERVICE OF PROCESS, SIGNED BY JUDGE SCOTT ON 06/09/15 FILED.

---

**06/16/2015 Conversion Action ▾**

Comment
*620*: HCMC1I CALENDARED ON 08/21/15 IN DEPT. 7. HAS BEEN UPDATED TO 08/21/15 IN DEPT. 21.

---

**07/10/2015 Conversion Action ▾**

PROOF OF SERVICE (QUESTIONABLE SERVICE) OF SUMMONS AND COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMI

Comment
PSQS: PROOF OF SERVICE (QUESTIONABLE SERVICE) OF SUMMONS AND COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT AS TO FACEBOOK, INC, A DELAWARE CORPORATION FILED. SERVICE QUESTIONABLE BECAUSE NAMED DEFENDANT MUST MATCH COMPLAINT EXACTLY.

---

**08/03/2015 Proof of Service by PERSONAL SERVICE of ▾**

PROOF OF SERVICE (PERSONAL) OF PLAINTIFF'S FIRST SET OF DEMANDS FOR INSPECTION DOCS TO DEFT FACEBOO

Comment
PSN2: PROOF OF SERVICE (PERSONAL) OF PLAINTIFF'S FIRST SET OF DEMANDS FOR INSPECTION DOCS TO DEFT FACEBOOK, INC SERVED ON FACEBOOK, INC, A DELAWARE CORPORATION WITH SERVICE DATE OF 07/31/15 FILED.

---

**08/06/2015 Case Management Statement ▾**

CASE MANAGEMENT STATEMENT FILED BY FACEBOOK, INC, A DELAWARE CORPORATION.

Comment
CMS: CASE MANAGEMENT STATEMENT FILED BY FACEBOOK, INC, A DELAWARE CORPORATION.

---

**08/06/2015 Proof of Service by MAIL of ▾**

PROOF OF SERVICE (BY MAIL) OF CASE MANAGEMENT STATEMENT SERVED ON SEE SERVICE LIST WITH A SERVICE D

Comment
PSN3: PROOF OF SERVICE (BY MAIL) OF CASE MANAGEMENT STATEMENT SERVED ON SEE SERVICE LIST WITH A SERVICE DATE OF 08/06/15 FILED.

---

**08/06/2015 Case Management Statement ▾**

CASE MANAGEMENT STATEMENT FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT.

Comment
CMS: CASE MANAGEMENT STATEMENT FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT.

---

**08/13/2015 First Paper Fee Paid ▾**

Comment
FFP4: MOTION FEE PAID BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT.

---

**08/13/2015 Conversion Minute ▾**

Comment
*FEE: 150813-0215-CK 037/ 20.00 PAYMT

---

**08/13/2015 Conversion Minute ▾**

Comment
*REFNM: 150813-0215-CK REFERENCE NUMBER 007780

---

08/13/2015 Conversion Action ▾

Comment
*620*: HCMC1I CALENDARED ON 08/21/15 IN DEPT. 21. HAS BEEN UPDATED TO 08/21/15 IN DEPT. 7.

08/17/2015 Conversion Action ▾

Comment
COMM1: DPET 7 STIP TO EXTEND TIME TO RESPOND TO COMPLT

08/20/2015 Stipulation & Order ▾

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT FILED BY SIX4THREE, LLC, A DELAWARE LI

Comment
SO: STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT, FACEBOOK, INC, A DELAWARE CORPORATION.

08/20/2015 Notice ▾

NOTICE OF JURY FEE DEPOSIT BY PLAINTIFF FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT.

Comment
N: NOTICE OF JURY FEE DEPOSIT BY PLAINTIFF FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT.

08/21/2015 Conversion Hearing ▾

CASE MANAGEMENT CONFERENCE

| Judicial Officer | Comment |
|---|---|
| Dylina, Steven L | CASE MANAGEMENT CONFERENCE |

08/21/2015 Conversion Minute ▾

| Judicial Officer | Comment |
|---|---|
| Dylina, Steven L | JCR1: HONORABLE STEVEN L. DYLINA, JUDGE PRESIDING. CLERK: CHERYL LYSSAND. COURT REPORTER: NONE. |

08/21/2015 Conversion Minute ▾

Comment
FFT: ATTORNEY(S): ANDREW CAFFREY AND BASIL P. FTHENAKIS APPEARED BY COURTCALL ON BEHALF OF THE

08/21/2015 Conversion Minute ▾

Comment
FFT: PLAINTIFF.

08/21/2015 Conversion Minute ▾

Comment
AT: ATTORNEY(S): JULIE E. SCHWARTZ APPEARED BY COURTCALL ON BEHALF OF THE DEFENDANT.

08/21/2015 Conversion Minute ▾

Comment
COM: THE COURT IS INFORMED THE RESPONSIVE PLEADING IS DUE SEPTEMBER 8, 2015.

08/21/2015 Conversion Minute ▾

Comment
HC: HEARING CONTINUED TO 11/13/15 AT 09:00 IN DEPARTMENT 21.

08/21/2015 Conversion Minute ▾

Comment
PDUCMS: PLAINTIFF AND DEFENDANT SHALL SUBMIT AN UPDATED CASE MANAGEMENT STATEMENT.

08/21/2015 Conversion Minute ▾

Comment
MICMS: ENTERED BY C LYSSAND ON 08/21/15.

08/21/2015 Conversion Minute ▾

Comment
COM1: - 5 -

08/21/2015 Conversion Minute ▾

Comment
PMO: MINUTE ORDER PRINTED.

08/21/2015 Advance jury fee (Nonrefundable) ▾

Comment
AJFEE: ADVANCE JURY FEE POSTED BY PLAINTIFF ON BEHALF OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT.

08/21/2015 Conversion Minute ▾

Comment
*FEE: 150821-0186-CK 209/ 150.00 PAYMT

08/21/2015 Conversion Minute ▾

Comment
*REFNM: 150821-0186-CK REFERENCE NUMBER D3429513

08/21/2015 Case Management Conference ▾

Original Type
Case Management Conference

Judicial Officer
Dylina, Steven L

Hearing Time
9:00 AM

Result
Conversion Continuance

Comment
Dept: 7 CASE MANAGEMENT CONFERENCE

09/08/2015 First Paper Fee Paid ▾

Comment
FFP: FIRST PAPER FEE PAID BY FACEBOOK, INC, A DELAWARE CORPORATION.

09/08/2015 Conversion Minute ▾

Comment
*FEE: 150908-0735-CK 195/ 435.00 210/ 30.00 PAYMT

09/08/2015 Conversion Minute ▾

Comment
*REFNM: 150908-0735-CK REFERENCE NUMBER 008687

09/08/2015 Conversion Action ▾

(S) DEMURRER TO COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT FILED BY FACEBOOK, INC, A

Comment
DEM: (S) DEMURRER TO COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT FILED BY FACEBOOK, INC, A DELAWARE CORPORATION REPRESENTED BY JULIE E SCHWARTZ

09/08/2015 Request for Judicial Notice ▾

REQUEST FOR JUDICIAL NOTICE OF IN SUPPORT OF DEMURRER TO PLTF'S COMPLAINT FILED BY FACEBOOK, INC, A

Comment
RJN: REQUEST FOR JUDICIAL NOTICE OF IN SUPPORT OF DEMURRER TO PLTF'S COMPLAINT FILED BY FACEBOOK, INC, A DELAWARE CORPORATION.

09/08/2015 Declaration ▾

DECLARATION OF JEREMY E. JORDAN IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE FILED BY FACEBOOK, INC, A

Comment
DECL: DECLARATION OF JEREMY E. JORDAN IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE FILED BY FACEBOOK, INC, A DELAWARE CORPORATION

09/08/2015 Declaration ▾

DECLARATION OF JULIE E. SCHWARTZ IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE FILED BY FACEBOOK, INC,

Comment
DECL: DECLARATION OF JULIE E. SCHWARTZ IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE FILED BY FACEBOOK, INC, A DELAWARE CORPORATION

**09/08/2015 Proof of Service ▾**

PROOF OF SERVICE OF NOTICE OF HEARING ON DEMURRER, ETC SERVED ON SEE SERVICE LIST BY OVERNIGHT DELI

Comment
POSI: PROOF OF SERVICE OF NOTICE OF HEARING ON DEMURRER, ETC SERVED ON SEE SERVICE LIST BY OVERNIGHT DELIVERY - FEDERAL EXPRESS WITH A SERVICE DATE OF 09/08/15.

**09/10/2015 Memorandum of Points & Authorities Filed ▾**

MEMORANDUM OF POINTS AND AUTHORITIES FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT IN SUPPOR

Comment
MPA: MEMORANDUM OF POINTS AND AUTHORITIES FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT IN SUPPORT OF APPLICATION OF ANDREW A CAFFREY FOR ADMISSION PRO HAC VICE

**09/10/2015 Declaration ▾**

DECLARATION OF BASIL P. FTHENAKIS RE: SERVICE ON THE STATE BAR OF CALIFORNIA AND PAYMENT OF REQ FEE

Comment
DECL: DECLARATION OF BASIL P. FTHENAKIS RE: SERVICE ON THE STATE BAR OF CALIFORNIA AND PAYMENT OF REQ FEE FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT

**09/10/2015 Order received ▾**

PROPOSED ORDER RECEIVED.

Comment
POR: PROPOSED ORDER RECEIVED.

**09/10/2015 Notice ▾**

NOTICE OF HEARINF RE: APPLICATION OF ANDREW A. CAFFREY, I II, ESQ. FOR ADMISSION PRO HAC VICE FILED

Comment
N2: NOTICE OF HEARINF RE: APPLICATION OF ANDREW A. CAFFREY, I II, ESQ. FOR ADMISSION PRO HAC VICE FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT.

**09/10/2015 Conversion Action ▾**

APPLICATION BY ANDREW A. CAFFREY, III, ESQ. TO APPEAR AS COUNSEL PRO HAC VICE FOR SIX4THREE, LLC, A

Comment
APHV: APPLICATION BY ANDREW A. CAFFREY, III, ESQ. TO APPEAR AS COUNSEL PRO HAC VICE FOR SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT

**09/10/2015 Conversion Minute ▾**

Comment
*FEE: 150911-0035-CK 164/ 500.00 210/ 30.00 PAYMT

**09/10/2015 Conversion Minute ▾**

Comment
*REFNM: 150911-0035-CK REFERENCE NUMBER D 3435234

**09/10/2015 Conversion Action ▾**

APPLICATION BY DAVID S. GODKIN, ESQ. TO APPEAR AS COUNSEL PRO HAC VICE FOR SIX4THREE, LLC, A DELAWA

Comment
APHV: APPLICATION BY DAVID S. GODKIN, ESQ. TO APPEAR AS COUNSEL PRO HAC VICE FOR SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT

**09/10/2015 Conversion Minute ▾**

Comment
*FEE: 150911-0043-CK 164/ 500.00 210/ 30.00 PAYMT

**09/10/2015 Conversion Minute ▾**

Comment
*REFNM: 150911-0043-CK REFERENCE NUMBER D 3435233

**09/10/2015 Notice ▾**

NOTICE OF HEARING RE: APPLICATION OF DAVID S. GODKIN, ESQ. FOR ADMISSION PRO HAC VICE FILED BY SIX4

Comment
N2: NOTICE OF HEARING RE: APPLICATION OF DAVID S. GODKIN, ESQ. FOR ADMISSION PRO HAC VICE FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT.

09/10/2015 Memorandum of Points & Authorities Filed ▾

MEMORANDUM OF POINTS AND AUTHORITIES FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT IN SUPPOR

Comment
MPA: MEMORANDUM OF POINTS AND AUTHORITIES FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT IN SUPPORT OF APPLICATION OF DAVID S. GODKIN, ESQ. FOR ADMISSION PRO HAC VICE

09/10/2015 Declaration ▾

DECLARATION OF BASIL P. FTHENAKIS RE: SERVICE ON THE STATE BAR OF CALIFORNIA AND PAYMENT OF REQ FEE

Comment
DECL: DECLARATION OF BASIL P. FTHENAKIS RE: SERVICE ON THE STATE BAR OF CALIFORNIA AND PAYMENT OF REQ FEE FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT

09/10/2015 Order received ▾

PROPOSED ORDER RECEIVED.

Comment
POR: PROPOSED ORDER RECEIVED.

09/18/2015 Conversion Action ▾

APPLICATION BY JAMES R. MCCULLAGH TO APPEAR AS COUNSEL PRO HAC VICE FOR FACEBOOK, INC, A DELAWARE C

Comment
APHV: APPLICATION BY JAMES R. MCCULLAGH TO APPEAR AS COUNSEL PRO HAC VICE FOR FACEBOOK, INC, A DELAWARE CORPORATION

09/18/2015 Conversion Minute ▾

Comment
*FEE: 150921-0301-CK 164/ 500.00 210/ 30.00 PAYMT

09/18/2015 Conversion Minute ▾

Comment
*REFNM: 150921-0301-CK REFERENCE NUMBER 6249

09/18/2015 Notice ▾

NOTICE OF HEARING REGARDING APPLICATION OF JAMES R. MCCULLAGH TO APPEAR AS COUNSEL PRO HAC VICE FIL

Comment
N2: NOTICE OF HEARING REGARDING APPLICATION OF JAMES R. MCCULLAGH TO APPEAR AS COUNSEL PRO HAC VICE FILED BY FACEBOOK, INC, A DELAWARE CORPORATION.

09/18/2015 Memorandum of Points & Authorities Filed ▾

MEMORANDUM OF POINTS AND AUTHORITIES FILED BY FACEBOOK, INC, A DELAWARE CORPORATION IN SUPPORT OF N

Comment
MPA: MEMORANDUM OF POINTS AND AUTHORITIES FILED BY FACEBOOK, INC, A DELAWARE CORPORATION IN SUPPORT OF NOTICE OF HEARING RE APPLICATION OF JAMES R. MCCULLAGH TO APPEAR AS COUNSEL, ETC.

09/18/2015 Order received ▾

PROPOSED ORDER RECEIVED.

Comment
POR: PROPOSED ORDER RECEIVED.

09/18/2015 Proof of Service ▾

PROOF OF SERVICE OF FACEBOOK, INC.'S NOTICE OF HEARING, ETC. SERVED ON SEE LIST BY HAND DELIVERY AN

Comment
POSI: PROOF OF SERVICE OF FACEBOOK, INC.'S NOTICE OF HEARING, ETC. SERVED ON SEE LIST BY HAND DELIVERY AND OVERNIGHT WITH A SERVICE DATE OF 09/18/15.

09/22/2015 Conversion Action ▾

SUPPLEMENTAL DECLARATION OF BASIL P. FTHENAKIS RE PAYMENT OF REQUIRED FEE TO THE STATE BAR OF CA, E

Comment
SUP: SUPPLEMENTAL DECLARATION OF BASIL P. FTHENAKIS RE PAYMENT OF REQUIRED FEE TO THE STATE BAR OF CA, ETC. FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT.

09/22/2015 Conversion Action ▾

SUPPLEMENTAL DECLARATION OF BASIL P. FTHENAKIS RE PAYMENT OF REQUIRED FEE TO THE STATE BAR OF CA, E

Comment

SUP: SUPPLEMENTAL DECLARATION OF BASIL P. FTHENAKIS RE PAYMENT OF REQUIRED FEE TO THE STATE BAR OF CA, ETC. FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT.

---

09/29/2015 Stipulation ▾

(S) STIPULATION TO CONTINUE HEARING ON DEMURRER FILED

Comment

STIP1: (S) STIPULATION TO CONTINUE HEARING ON DEMURRER FILED

---

10/02/2015 Conversion Action ▾

SUPPLEMENTAL DECLARATION OF JULIE E. SCHWARTZ REGARDING CALIFORNIA STATE BAR FEES FOR PRO HAC FILED

Comment

SUP: SUPPLEMENTAL DECLARATION OF JULIE E. SCHWARTZ REGARDING CALIFORNIA STATE BAR FEES FOR PRO HAC FILED BY FACEBOOK, INC, A DELAWARE CORPORATION.

---

10/05/2015 Conversion Hearing ▾

| Judicial Officer | Comment |
| --- | --- |
| Etezadi, Susan I | HEARING: APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE BY ANDREW A. CAFFREY, III, ESQ. |

---

10/05/2015 Conversion Minute ▾

| Judicial Officer | Comment |
| --- | --- |
| Etezadi, Susan I | JCR: HONORABLE SUSAN I. ETEZADI, JUDGE PRESIDING. CLERK: VALERIE HRONIS. COURT REPORTER: NIKI MAKELA. |

---

10/05/2015 Conversion Minute ▾

Comment

NAP: NO APPEARANCE IS MADE BY ANY PARTIES HEREIN OR THEIR COUNSEL OF RECORD.

---

10/05/2015 Conversion Minute ▾

Comment

TRA: TENTATIVE RULING ADOPTED AND BECOMES THE ORDER:

---

10/05/2015 Conversion Minute ▾

Comment

FFT: ANDREW CAFFREY AND DAVID GODKIN'S APPLICATIONS TO APPEAR AS COUNSEL PRO HAC VICE FOR PLAINTIFF

---

10/05/2015 Conversion Minute ▾

Comment

FFT: SIX4THREE, LLC IN THIS MATTER ARE GRANTED PURSUANT TO CALIFORNIA RULES OF COURT, RULE

---

10/05/2015 Conversion Minute ▾

Comment

FFT: 9.40. COUNSEL HAVE PAID THE $50 FEE TO THE STATE BAR AS REQUIRED BY RULE 9.40(E) AND THE $500 FEE

---

10/05/2015 Conversion Minute ▾

Comment

FFT: REQUIRED BY THE SAN MATEO COUNTY SUPERIOR COURT PURSUANT TO GOVT. CODE 70617. THEY HAVE MET ALL

---

10/05/2015 Conversion Minute ▾

Comment

FFT: OF THE OTHER REQUIREMENTS OF CRC 9.40, WHICH ARE THE ONLY REQUIREMENTS TO BE ELIGIBLE FOR

---

10/05/2015 Conversion Minute ▾

Comment

FFT: ADMISSION PRO HAC VICE.

---

10/05/2015 Conversion Minute ▾

Comment

COM: * *.

---

10/05/2015 Conversion Minute ▾

Comment
FFT: IF THE TENTATIVE RULING IS UNCONTESTED, IT SHALL BECOME THE ORDER OF THE COURT. THEREAFTER,

10/05/2015 Conversion Minute ▾

Comment
FFT: MOVING PARTY IS DIRECTED TO PREPARE A WRITTEN ORDER CONSISTENT WITH THE COURT'S RULING FOR THE

10/05/2015 Conversion Minute ▾

Comment
FFT: COURT'S SIGNATURE, PURSUANT TO CALIFORNIA RULES OF COURT, RULE 3.1312, AND TO PROVIDE NOTICE

10/05/2015 Conversion Minute ▾

Comment
FFT: THEREOF TO THE OPPOSING PARTY/COUNSEL AS REQUIRED BY LAW AND THE CALIFORNIA RULES OF

10/05/2015 Conversion Minute ▾

Comment
FFT: COURT. THE ORDER IS TO BE SUBMITTED DIRECTLY TO JUDGE SUSAN IRENE ETEZADI, DEPARTMENT 18.

10/05/2015 Conversion Minute ▾

Comment
HCOM: HEARING COMPLETED.

10/05/2015 Conversion Minute ▾

Comment
MICMS: ENTERED BY VALERIE HRONIS ON 10/05/15.

10/05/2015 Conversion Minute ▾

Comment
LINE: ====================================

10/05/2015 Conversion Minute ▾

Comment
PMO: MINUTE ORDER PRINTED.

10/05/2015 Conversion Minute ▾

Comment
PMO: MINUTE ORDER PRINTED.

10/05/2015 Conversion Hearing ▾

| Judicial Officer | Comment |
| --- | --- |
| Etezadi, Susan I | HEARING: APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE BY DAVID S. GODKIN, ESQ. |

10/05/2015 Conversion Minute ▾

| Judicial Officer | Comment |
| --- | --- |
| Etezadi, Susan I | JCR: HONORABLE SUSAN I. ETEZADI, JUDGE PRESIDING. CLERK: VALERIE HRONIS. COURT REPORTER: NIKI MAKELA. |

10/05/2015 Conversion Minute ▾

Comment
NAP: NO APPEARANCE IS MADE BY ANY PARTIES HEREIN OR THEIR COUNSEL OF RECORD.

10/05/2015 Conversion Minute ▾

Comment
TRA: TENTATIVE RULING ADOPTED AND BECOMES THE ORDER:

10/05/2015 Conversion Minute ▾

Comment
FFT: ANDREW CAFFREY AND DAVID GODKIN'S APPLICATIONS TO APPEAR AS COUNSEL PRO HAC VICE FOR PLAINTIFF

10/05/2015 Conversion Minute ▾

Comment
FFT: SIX4THREE, LLC IN THIS MATTER ARE GRANTED PURSUANT TO CALIFORNIA RULES OF COURT, RULE

10/05/2015 Conversion Minute ▾

Comment
FFT: 9.40. COUNSEL HAVE PAID THE $50 FEE TO THE STATE BAR AS REQUIRED BY RULE 9.40(E) AND THE $500 FEE

10/05/2015 Conversion Minute ▾

Comment
FFT: REQUIRED BY THE SAN MATEO COUNTY SUPERIOR COURT PURSUANT TO GOVT. CODE 70617. THEY HAVE MET ALL

10/05/2015 Conversion Minute ▾

Comment
FFT: OF THE OTHER REQUIREMENTS OF CRC 9.40, WHICH ARE THE ONLY REQUIREMENTS TO BE ELIGIBLE FOR

10/05/2015 Conversion Minute ▾

Comment
FFT: ADMISSION PRO HAC VICE.

10/05/2015 Conversion Minute ▾

Comment
COM: * *.

10/05/2015 Conversion Minute ▾

Comment
FFT: MOVING PARTY IS DIRECTED TO PREPARE A WRITTEN ORDER CONSISTENT WITH THE COURT'S RULING FOR THE

10/05/2015 Conversion Minute ▾

Comment
FFT: COURT'S SIGNATURE, PURSUANT TO CALIFORNIA RULES OF COURT, RULE 3.1312, AND TO PROVIDE NOTICE

10/05/2015 Conversion Minute ▾

Comment
FFT: THEREOF TO THE OPPOSING PARTY/COUNSEL AS REQUIRED BY LAW AND THE CALIFORNIA RULES OF

10/05/2015 Conversion Minute ▾

Comment
FFT: COURT. THE ORDER IS TO BE SUBMITTED DIRECTLY TO JUDGE SUSAN IRENE ETEZADI, DEPARTMENT 18.

10/05/2015 Conversion Minute ▾

Comment
HCOM: HEARING COMPLETED.

10/05/2015 Conversion Minute ▾

Comment
MICMS: ENTERED BY KDUERRE ON 10/05/15.

10/05/2015 Conversion Minute ▾

Comment
LINE: =====================================

10/05/2015 Conversion Minute ▾

Comment
PMO: MINUTE ORDER PRINTED.

10/05/2015 Application to Appear as Counsel Pro Hac Vice ▾

Original Type
Application to Appear as Counsel Pro Hac Vice

Judicial Officer
Etezadi, Susan I

Hearing Time
9:00 AM

Result
Held

Comment
Dept: LM HEARING: APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE BY ANDREW A. CAFFREY, III, ESQ.

10/05/2015 Application to Appear as Counsel Pro Hac Vice ▾

Original Type
Application to Appear as Counsel Pro Hac Vice

Judicial Officer
Etezadi, Susan I

Hearing Time
9:00 AM

Result
Held

Comment
Dept: LM HEARING: APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE BY DAVID S. GODKIN, ESQ.

10/14/2015 Conversion Hearing ▾

| Judicial Officer | Comment |
| --- | --- |
| Etezadi, Susan I | HEARING: APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE BY JAMES R. MCCULLAGH |

10/14/2015 Conversion Minute ▾

| Judicial Officer | Comment |
| --- | --- |
| Etezadi, Susan I | JCR: HONORABLE SUSAN I. ETEZADI, JUDGE PRESIDING. CLERK: KEVIN DUERRE. COURT REPORTER: NIKI MAKELA. |

10/14/2015 Conversion Minute ▾

Comment
NAP: NO APPEARANCE IS MADE BY ANY PARTIES HEREIN OR THEIR COUNSEL OF RECORD.

10/14/2015 Conversion Minute ▾

Comment
TRA: TENTATIVE RULING ADOPTED AND BECOMES THE ORDER:

10/14/2015 Conversion Minute ▾

Comment
FFT: JAMES R. MCCULLAGH'S APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE FOR DEFENDANT FACEBOOK,

10/14/2015 Conversion Minute ▾

Comment
FFT: INC. IN THIS MATTER IS GRANTED PURSUANT TO CALIFORNIA RULES OF COURT, RULE 9.40. COUNSEL

10/14/2015 Conversion Minute ▾

Comment
FFT: HAS PAID THE $50 FEE TO THE STATE BAR AS REQUIRED BY RULE 9.40(E) AND THE $500 FEE NOW

10/14/2015 Conversion Minute ▾

Comment
FFT: REQUIRED BY THE SAN MATEO COUNTY SUPERIOR COURT PURSUANT TO GOVT. CODE SECTION 70617. HE HAS

10/14/2015 Conversion Minute ▾

Comment
FFT: MET ALL OF THE OTHER REQUIREMENTS OF CRC 9.40, WHICH ARE THE ONLY REQUIREMENTS TO BE ELIGIBLE

10/14/2015 Conversion Minute ▾

Comment
FFT: FOR ADMISSION PRO HAC VICE.

10/14/2015 Conversion Minute ▾

Comment
COM: * *.

10/14/2015 Conversion Minute ▾

Comment
FFT: MOVING PARTY IS DIRECTED TO PREPARE A WRITTEN ORDER CONSISTENT WITH THE COURT'S RULING FOR THE

10/14/2015 Conversion Minute ▾

Comment
FFT: COURT'S SIGNATURE, PURSUANT TO CALIFORNIA RULES OF COURT, RULE 3.1312, AND PROVIDE NOTICE

10/14/2015 Conversion Minute ▾

Comment
FFT: THEREOF TO THE OPPOSING PARTY/COUNSEL AS REQUIRED BY LAW AND THE CALIFORNIA RULES OF

10/14/2015 Conversion Minute ▾

Comment
FFT: COURT. THE ORDER IS TO BE SUBMITTED DIRECTLY TO JUDGE SUSAN IRENE ETEZADI, DEPARTMENT 18.

10/14/2015 Conversion Minute ▾

Comment
HCOM: HEARING COMPLETED.

10/14/2015 Conversion Minute ▾

Comment
MICMS: ENTERED BY KDUERRE ON 10/14/15.

10/14/2015 Conversion Minute ▾

Comment
LINE: ======================================

10/14/2015 Conversion Minute ▾

Comment
PMO: MINUTE ORDER PRINTED.

10/14/2015 Conversion Minute ▾

Comment
PMO: MINUTE ORDER PRINTED.

10/14/2015 Application to Appear as Counsel Pro Hac Vice ▾

Original Type
Application to Appear as Counsel Pro Hac Vice

Judicial Officer
Etezadi, Susan I

Hearing Time
9:00 AM

Result
Held

Comment
Dept: LM HEARING: APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE BY JAMES R. MCCULLAGH

10/16/2015 Conversion Hearing ▾

Comment
HEARING: DEMURRER TO COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT BY FACEBOOK, INC, A DELAWARE CORPORATION

10/16/2015 Conversion Minute ▾

Comment
HC: HEARING CONTINUED TO 11/13/15 AT 09:00 IN DEPARTMENT LM.

10/16/2015 Conversion Minute ▾

Comment
COM: PER STIPULATION TO CONTINUE HEARING FILED ON 09/29/15.

10/16/2015 Hearing on Demurrer ▾

Original Type
**Hearing on Demurrer**

Hearing Time
**9:00 AM**

Result
**Conversion Continuance**

Comment
**Dept: LM HEARING: DEMURRER TO COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT BY FACEBOOK, INC, A DELAWARE CORPORATION**

---

10/20/2015 Order ▾

ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE, SIGNED BY JUDGE ETEZADI ON 10/19/15 FILED.

Comment
**O2: ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE, SIGNED BY JUDGE ETEZADI ON 10/19/15 FILED.**

---

10/30/2015 Amended Complaint ▾

(L) 1ST AMENDED COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT FILED (AMENDED COMPLAINT)

Comment
**ACM: (L) 1ST AMENDED COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT FILED (AMENDED COMPLAINT)**

---

10/30/2015 Order ▾

ORDER GRANTING APPLICATION OF JAMES R. MCCULLAGH TO APPEAR AS COUNSEL, SIGNED BY JUDGE ETEZADI ON 1

Comment
**O2: ORDER GRANTING APPLICATION OF JAMES R. MCCULLAGH TO APPEAR AS COUNSEL, SIGNED BY JUDGE ETEZADI ON 10/28/15 FILED.**

---

11/10/2015 Conversion Action ▾

Comment
**COMM: LETTER REQUESTING TO VACATE 11/13/15 RECEIVED.**

---

11/13/2015 Conversion Hearing ▾

Comment
**CASE MANAGEMENT CONFERENCE**

---

11/13/2015 Conversion Minute ▾

Comment
**HC: HEARING CONTINUED TO 12/02/15 AT 09:00 IN DEPARTMENT 21.**

---

11/13/2015 Conversion Hearing ▾

Judicial Officer
**Lee, Elizabeth K**

Comment
**HEARING: DEMURRER TO COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT BY FACEBOOK, INC, A DELAWARE CORPORATION**

---

11/13/2015 Conversion Minute ▾

Judicial Officer
**Lee, Elizabeth K**

Comment
**JCRB: HONORABLE ELIZABETH K. LEE, JUDGE PRESIDING. CLERK: SYLVIA CUELLAR, COURT REPORTER: JENELL MULLANE**

---

11/13/2015 Conversion Minute ▾

Comment
**NAP: NO APPEARANCE IS MADE BY ANY PARTIES HEREIN OR THEIR COUNSEL OF RECORD.**

---

11/13/2015 Conversion Minute ▾

Comment
**FFT: THIS MATTER IS MOOT. A FIRST AMENDED COMPLAINT WAS FILED ON OCTOBER 30, 2015.**

---

11/13/2015 Conversion Minute ▾

Comment
**HCOM: HEARING COMPLETED.**

---

11/13/2015 Conversion Minute ▾

Comment
MICMS: ENTERED BY SC ON 11/13/15.

11/13/2015 Conversion Minute ▾

Comment
LINE: ====================================

11/13/2015 Conversion Minute ▾

Comment
PMO: MINUTE ORDER PRINTED.

11/13/2015 Case Management Conference ▾

Original Type
Case Management Conference

Hearing Time
9:00 AM

Result
Conversion Continuance

Comment
Dept: 21 CASE MANAGEMENT CONFERENCE

11/13/2015 Hearing on Demurrer ▾

Original Type
Hearing on Demurrer

Judicial Officer
Lee, Elizabeth K

Hearing Time
9:00 AM

Result
Held

Comment
Dept: LM HEARING: DEMURRER TO COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT BY FACEBOOK, INC, A DELAWARE CORPORATION

11/24/2015 Conversion Action ▾

Comment
COMM: FAXED REQUEST TO CONTINUE THE 12/11/15 CMC RECEIVED.

12/02/2015 Conversion Hearing ▾

Comment
CASE MANAGEMENT CONFERENCE

12/02/2015 Conversion Minute ▾

Comment
PNCMC: PRINT CASE MANAGEMENT CONFERENCE NOTICE.

12/02/2015 Conversion Minute ▾

Comment
*NOT: NOTICES PRINTED FOR BASIL P FTHENAKIS ON 9/25/15

12/02/2015 Conversion Minute ▾

Comment
*NOT: NOTICES PRINTED FOR PC14 /JES ON 9/25/15

12/02/2015 Conversion Minute ▾

Comment
HC: HEARING CONTINUED TO 12/11/15 AT 09:00 IN DEPARTMENT 21.

12/02/2015 Case Management Conference ▾

Original Type
Case Management Conference

Hearing Time
9:00 AM

Result
Conversion Continuance

Comment
Dept: 21 CASE MANAGEMENT CONFERENCE

12/03/2015 Conversion Action ▾

Comment
COMM: STIP AND ORDER FWD TO JUDGE SCOTT.

12/03/2015 First Paper Fee Paid ▾

Comment
FFP4: MOTION FEE PAID BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT.

12/03/2015 Conversion Minute ▾

Comment
*FEE: 151203-0774-CK 037/ 20.00 PAYMT

12/03/2015 Conversion Minute ▾

Comment
*REFNM: 151203-0774-CK REFERENCE NUMBER 091088

12/08/2015 Conversion Action ▾

STIPULATION AND ORDER EXTENDING TIME TO ANSWER TO F.A.C. SIGNED BY JOSEPH C. SCOTT ON 12/08/15.

Comment
SO2: STIPULATION AND ORDER EXTENDING TIME TO ANSWER TO F.A.C. SIGNED BY JOSEPH C. SCOTT ON 12/08/15.

12/11/2015 Conversion Hearing ▾

Comment
CASE MANAGEMENT CONFERENCE

12/11/2015 Conversion Minute ▾

Comment
PNCMC: PRINT CASE MANAGEMENT CONFERENCE NOTICE.

12/11/2015 Conversion Minute ▾

Comment
*NOT: NOTICES PRINTED FOR BASIL P FTHENAKIS ON 9/28/15

12/11/2015 Conversion Minute ▾

Comment
*NOT: NOTICES PRINTED FOR PC14 /JES ON 9/28/15

12/11/2015 Conversion Minute ▾

Comment
HC: HEARING CONTINUED TO 03/16/16 AT 09:00 IN DEPARTMENT 21.

12/11/2015 Case Management Conference ▾

Original Type
Case Management Conference

Hearing Time
9:00 AM

Result
Conversion Continuance

Comment
Dept: 21 CASE MANAGEMENT CONFERENCE

12/23/2015 First Paper Fee Paid ▾

Comment
FFP4: MOTION FEE PAID BY FACEBOOK, INC, A DELAWARE CORPORATION.

12/23/2015 Conversion Minute ▾

Comment
*FEE: 151223-0474-CK 036/ 60.00 210/ 30.00 PAYMT

12/23/2015 Conversion Minute ▾

Comment
*REFNM: 151223-0474-CK REFERENCE NUMBER 091652

12/23/2015 Conversion Action ▾

(S) DEMURRER TO 1ST AMENDED COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT FILED BY FACEB

Comment
DEM: (S) DEMURRER TO 1ST AMENDED COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT FILED BY FACEBOOK, INC, A DELAWARE CORPORATION
REPRESENTED BY JULIE E SCHWARTZ

12/23/2015 Request for Judicial Notice ▾

REQUEST FOR JUDICIAL NOTICE OF IN SUPPORT OF DEMURRER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FILED

Comment
RJN: REQUEST FOR JUDICIAL NOTICE OF IN SUPPORT OF DEMURRER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FILED BY FACEBOOK, INC, A DELAWARE
CORPORATION.

12/23/2015 Declaration ▾

DECLARATION OF JEREMY E. JORDAN IN SUPPORT OF FACEBOOK INC'S REQUEST FOR JUDICIAL NOTICE FILED BY F

Comment
DECL: DECLARATION OF JEREMY E. JORDAN IN SUPPORT OF FACEBOOK INC'S REQUEST FOR JUDICIAL NOTICE FILED BY FACEBOOK, INC, A DELAWARE
CORPORATION

12/23/2015 Declaration ▾

DECLARATION OF JULIE E. SCHWARTZ IN SUPPORT OF FACEBOOK INC'S REQUEST FOR JUDICIAL NOTICE FILED BY

Comment
DECL: DECLARATION OF JULIE E. SCHWARTZ IN SUPPORT OF FACEBOOK INC'S REQUEST FOR JUDICIAL NOTICE FILED BY FACEBOOK, INC, A DELAWARE
CORPORATION

12/23/2015 Proof of Service ▾

PROOF OF SERVICE OF NOITCE OF HEARING ON DEMURRER, ETC SERVED ON SEE SERVICE LIST BY OVERNIGHT DELI

Comment
POSI: PROOF OF SERVICE OF NOITCE OF HEARING ON DEMURRER, ETC SERVED ON SEE SERVICE LIST BY OVERNIGHT DELIVERY WITH A SERVICE DATE OF
12/23/15.

01/13/2016 Memorandum of Points & Authorities Filed ▾

MEMORANDUM OF POINTS AND AUTHORITIES FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT IN OPPOSI

Comment
MPA: MEMORANDUM OF POINTS AND AUTHORITIES FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT IN OPPOSITION TO DEMURRER

01/13/2016 Conversion Action ▾

OBJECTION TO REQUEST FOR JUDICIAL NOTICE FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT

Comment
OBJ: OBJECTION TO REQUEST FOR JUDICIAL NOTICE FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT

01/13/2016 Document ▾

CAFFREY DECLARATION IN SUPPORT OF PLTFF'S OBJECTION TO REQUEST FOR JUDICIAL NOTICE, FILED.

Comment
FILED: CAFFREY DECLARATION IN SUPPORT OF PLTFF'S OBJECTION TO REQUEST FOR JUDICIAL NOTICE, FILED.

01/20/2016 Document ▾

DEFT FACEBOOK'S REPLY IN SUPPORT OF DEMURRER TO FIRST AMENDED COMPLAINT, FILED.

Comment
FILED: DEFT FACEBOOK'S REPLY IN SUPPORT OF DEMURRER TO FIRST AMENDED COMPLAINT, FILED.

01/20/2016 Response ▾

FACEBOOK, INC, A DELAWARE CORPORATION´S RESPONSE TO PLTFF'S OBJECTIONS TO REQUEST FOR JUDICIAL NOTI

Comment
RESP: FACEBOOK, INC, A DELAWARE CORPORATION´S RESPONSE TO PLTFF'S OBJECTIONS TO REQUEST FOR JUDICIAL NOTICE FILED.

01/20/2016 Proof of Service ▾

PROOF OF SERVICE OF SEE DOCUMENT LIST SERVED ON SEE SERVICE LIST BY OVERNIGHT DELIVERY - FEDEX WITH

Comment
POSI: PROOF OF SERVICE OF SEE DOCUMENT LIST SERVED ON SEE SERVICE LIST BY OVERNIGHT DELIVERY - FEDEX WITH A SERVICE DATE OF 01/20/16.

01/27/2016 Conversion Hearing ▾

Judicial Officer
Ayoob, Donald J

Comment
HEARING: DEMURRER TO 1ST AMENDED COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT BY FACEBOOK, INC, A DELAWARE CORPORATION

01/27/2016 Conversion Minute ▾

Judicial Officer
Ayoob, Donald J

Comment
JCR: HONORABLE DONALD J. AYOOB, JUDGE PRESIDING. CLERK: ALMA DE LA ROSA. COURT REPORTER: ROSA DE NOLA.

01/27/2016 Conversion Minute ▾

Comment
AT: ATTORNEY(S): ANDREW CAFFREW & BASIL P. FTHENAKIS PRESENT FOR SIX4THREE,LLC

01/27/2016 Conversion Minute ▾

Comment
AT: ATTORNEY(S): JULIE SCHWARTZ & JIM MCCULLAGH PRESENT ON BEHALF OF FACEBOOK, INC.

01/27/2016 Conversion Minute ▾

Comment
MAS: MATTER ARGUED BY COUNSEL AND SUBMITTED TO THE COURT.

01/27/2016 Conversion Minute ▾

Comment
TRA: TENTATIVE RULING ADOPTED AND BECOMES THE ORDER:

01/27/2016 Conversion Minute ▾

Comment
FFT: DEFENDANT FACEBOOK, INC.'S REQUEST FOR JUDICIAL NOTICE IS GRANTED PURSUANT TO EVIDENCE CODE

01/27/2016 Conversion Minute ▾

Comment
FFT: SECTION 452(H) AND 453(A). THAT SAID, THE LEGAL EFFECT, TRUTHFULNESS AND PROPER INTERPRETATION

01/27/2016 Conversion Minute ▾

Comment
FFT: OF THE DOCUMENTS REMAINS DISPUTABLE. SEE UNRUH-HAXTON V. REGENTS OF UNIVERSITY OF

01/27/2016 Conversion Minute ▾

Comment
FFT: CALIFORNIA (2008) 162 CAL APP 4TH 343, 365. A HEARING ON A DEMURRER MAY NOT BE TURNED INTO A

01/27/2016 Conversion Minute ▾

Comment
FFT: CONTESTED EVIDENTIARY HEARING THROUGH THE GUISE OF HAVING THE COURT TAKE JUDICIAL NOTICE OF

01/27/2016 Conversion Minute ▾

Comment
FFT: DOCUMENTS WHOSE TRUTHFULNESS OR PROPER INTERPRETATION ARE DISPUTABLE. FREMONT INDEMNITY

01/27/2016 Conversion Minute ▾

Comment
FFT: CO. V. FREMONT GENERAL CORP. (2007) 148 CAL APP 4TH 97, 112-118.

01/27/2016 Conversion Minute ▼

Comment
COM: - -.

01/27/2016 Conversion Minute ▼

Comment
FFT: DEFENDANT FACEBOOK, INC.'S DEMURRER TO PLAINTIFF'S 1ST AMENDED COMPLAINT IS SUSTAINED

01/27/2016 Conversion Minute ▼

Comment
FFT: WITH LEAVE TO AMEND.

01/27/2016 Conversion Minute ▼

Comment
COM: - -.

01/27/2016 Conversion Minute ▼

Comment
FFT: THE 1ST CAUSE OF ACTION FOR PROMISSORY ESTOPPEL, THE FAC FAILS TO SUFFICIENTLY ALLEGE A CLEAR,

01/27/2016 Conversion Minute ▼

Comment
FFT: UNAMBIGUOUS PROMISE BY FACEBOOK TO KEEP ITS FRIENDS PHOTOS ENDPOINT OPEN FOREVER, OR THEIR

01/27/2016 Conversion Minute ▼

Comment
FFT: REASONABLE RELIANCE ON SUCH A PROMISE. THE FAC IS BASED ON THE CONCLUSORY ALLEGATION AT 78

01/27/2016 Conversion Minute ▼

Comment
FFT: THAT FACEBOOK CLEARLY AND UNAMBIGUOUSLY PROMISED TO KEEP OPEN THE FRIENDS' PHOTOS ENDPOINT. AS TO

01/27/2016 Conversion Minute ▼

Comment
FFT: RELIANCE, PLAINTIFF IDENTIFIES ONLY CONCLUSORY, GENERALIZED STATEMENTS AND ALLEGED OMISSIONS

01/27/2016 Conversion Minute ▼

Comment
FFT: REGARDING FACEBOOK'S PLATFORM AND API AT THE TIME THEY WERE LAUNCHED IN 2007 AND 2010. FAC

01/27/2016 Conversion Minute ▼

Comment
FFT: 11, 22, 23. NOTHING IN THE STATEMENTS REFERRED TO THE FRIENDS PHOTO ENDPOINT AND NOTHING

01/27/2016 Conversion Minute ▼

Comment
FFT: INDICATED THAT FACEBOOK WOULD MAKE AVAILABLE ALL ENDPOINTS TO DEVELOPERS FOREVER. THIS DOES NOT

01/27/2016 Conversion Minute ▼

Comment
FFT: SUFFICIENTLY ALLEGE REASONABLE RELIANCE.

01/27/2016 Conversion Minute ▼

Comment
COM: - -.

01/27/2016 Conversion Minute ▼

Comment
FFT: THE 2ND CAUSE OF ACTION FOR PROMISSORY ESTOPPEL, THE FAC FAILS TO SUFFICIENTLY ALLEGE THE

01/27/2016 Conversion Minute ▼

Comment
FFT: ELEMENTS OF A CLAIM FOR NEGLIGENT MISREPRESENTATION. THESE INCLUDE INCLUDE 1) A

01/27/2016 Conversion Minute ▾

Comment
FFT: MISREPRESENTATION OF A PAST OR EXISTING FACT, 2) WITHOUT REASONABLE GROUNDS FOR BELIEVING IT TO BE

01/27/2016 Conversion Minute ▾

Comment
FFT: TRUE, 3) WITH THE INTENT TO INDUCE ANOTHER'S RELIANCE, 4) JUSTIFIABLE RELIANCE ON THE

01/27/2016 Conversion Minute ▾

Comment
FFT: REPRESENTATION AND

01/27/2016 Conversion Minute ▾

Comment
FFT: 5) RESULTING DAMAGE. APOLLO CAPITAL FUND, LLC V. ROTH CAPITAL PARTNERS, LLC (2007) 158 CAL APP

01/27/2016 Conversion Minute ▾

Comment
FFT: 4TH 226, 243. PLAINTIFF HAS NOT SUFFICIENTLY ALLEGED A MISREPRESENTATION, INTENT, OR

01/27/2016 Conversion Minute ▾

Comment
FFT: JUSTIFIABLE RELIANCE, FOR THE SAME REASONS THAT THE PROMISSORY ESTOPPEL CAUSE OF ACTION FAILS.

01/27/2016 Conversion Minute ▾

Comment
FFT: IT IS ALL BASED ON THE ALLEGED PROMISE THAT FACEBOOK WAS GOING TO KEEP ITS FRIENDS PHOTOS

01/27/2016 Conversion Minute ▾

Comment
FFT: ENDPOINT OPEN IN PERPETUITY. PLAINTIFF HAS NOT SUFFICIENTLY ALLEGED SUCH A REPRESENTATION AND

01/27/2016 Conversion Minute ▾

Comment
FFT: PLAINTIFF'S SUPPOSED RELIANCE ON NONEXISTENT PROMISES IS UNREASONABLE.

01/27/2016 Conversion Minute ▾

Comment
COM: - -.

01/27/2016 Conversion Minute ▾

Comment
FFT: THE 3RD CAUSE OF ACTION FOR INTENTIONAL INTERFERENCE WITH CONTRACT

01/27/2016 Conversion Minute ▾

Comment
FFT: ESSENTIALLY RESTATES THE PLAINTIFF'S PROMISSORY ESTOPPEL CLAIM, WHICH SOUNDS IN

01/27/2016 Conversion Minute ▾

Comment
FFT: CONTRACT. JRS PRODS., INC. V. MATSUSHITA ELEC.CORP. OF AMERICA (2004) 115 CAL APP 4TH

01/27/2016 Conversion Minute ▾

Comment
FFT: 168, 183. WHERE A CONTRACT CLAIM IS ALLEGED, A PLAINTIFF MAY NOT ALSO RAISE CLAIMS FOR

01/27/2016 Conversion Minute ▾

Comment
FFT: INTENTIONAL TORT THAT ARE BASED ON THE SAME ACTIVITY REGARDLESS OF WHETHER THE ACTIVITY

01/27/2016 Conversion Minute ▾

Comment
FFT: VIOLATES A STATUE OR WAS DONE WITH MALICE. ID. AT 182-83. THE PROMISSORY ESTOPPEL CLAIM IS

01/27/2016 Conversion Minute ▾

Comment
FFT: ROOTED IN CONTRACT. IT ALLEGES THAT FACEBOOK BREACHED ITS PROMISE TO KEEP THE FRIENDS PHOTOS

01/27/2016 Conversion Minute ▾

Comment
FFT: ENDPOINT OPEN BY STATING ITS INTENTION TO END ACCESS TO THE ENDPOINT. FAC 52, 53.

01/27/2016 Conversion Minute ▾

Comment
COM: - -.

01/27/2016 Conversion Minute ▾

Comment
FFT: PLAINTIFF HAS ALSO FAILED TO SUFFICIENTLY ALLEGE TORTUOUS INTERFERENCE. PLAINTIFF HAS NOT PLED A

01/27/2016 Conversion Minute ▾

Comment
FFT: VALID CONTRACT; HAS NOT PLAUSIBLY ALLEGED ANY KNOWLEDGE OF THE AGREEMENTS ON FACEBOOK'S PART

01/27/2016 Conversion Minute ▾

Comment
FFT: AND HAS NOT ALLEGED ANY INTENTIONAL ACTS DESIGNED TO INDUCE A BREACH. QUELIMANE CO., INC.

01/27/2016 Conversion Minute ▾

Comment
FFT: V. STEWART TITLE GUARANTY COMPANY (1998) 19 CAL 4TH 26, 55. SEE FAC AT 56, 57, 97-98.

01/27/2016 Conversion Minute ▾

Comment
COM: - -.

01/27/2016 Conversion Minute ▾

Comment
FFT: THE 4TH CAUSE OF ACTION FOR INTENTIONAL INTERFERENCE WITH PROSPECTIVE

01/27/2016 Conversion Minute ▾

Comment
FFT: BUSINESS RELATIONS FAILS TO SUFFICIENTLY PLED THE REQUIRED ELEMENTS FOR SUCH

01/27/2016 Conversion Minute ▾

Comment
FFT: A CAUSE OF ACTION: 1) AN ECONOMIC RELATIONSHIP BETWEEN THE PLAINTIFF AND SOME THIRD-PARTY WITH

01/27/2016 Conversion Minute ▾

Comment
FFT: THE PROBABILITY OF FUTURE ECONOMIC BENEFIT; 2) THE DEFENDANT'S KNOWLEDGE OF THE RELATIONSHIP;

01/27/2016 Conversion Minute ▾

Comment
FFT: 3) INTENTIONAL ACTS BY DEFENDANT DESIGNED TO DISRUPT THE RELATIONSHIP; 4) ACTUAL DISRUPTION

01/27/2016 Conversion Minute ▾

Comment
FFT: OF THE RELATIONSHIP AND 5) ECONOMIC HARM TO THE PLAINTIFF PROXIMATELY CAUSED BY DEFENDANT. KOREA

01/27/2016 Conversion Minute ▼

Comment
FFT: SUPPLY CO. V. LOCKHEED MARTIN CORP. (2003) 29 CAL 4TH 1134, 1153. PLAINTIFF HAS FAILED TO

01/27/2016 Conversion Minute ▼

Comment
FFT: SUFFICIENTLY PLEAD ECONOMIC RELATIONSHIP, DEFENDANT'S KNOWLEDGE OF THE RELATIONSHIP,

01/27/2016 Conversion Minute ▼

Comment
FFT: DEFENDANT'S INTENTIONAL ACTS DESIGNED TO INDUCE A BREACH AND NO INDEPENDENTLY WRONGFUL ACT.

01/27/2016 Conversion Minute ▼

Comment
COM: - -.

01/27/2016 Conversion Minute ▼

Comment
FFT: THE 5TH CAUSE OF ACTION FOR VIOLATION OF B&P CODE 17200 FAILS TO SUFFICIENTLY PLEAD THE UNFAIR,

01/27/2016 Conversion Minute ▼

Comment
FFT: UNLAWFUL OR FRAUDULENT BUSINESS PRACTICE. CEL-TECH COMMUNICATIONS, INC. V. LOS ANGELES

01/27/2016 Conversion Minute ▼

Comment
FFT: CELLULAR TELEPHONE COMPANY (1999) 20 CAL 4TH 163, 180. PLAINTIFF ALLEGES IN CONCLUSORY

01/27/2016 Conversion Minute ▼

Comment
FFT: FASHION THAT IN DOING THE THINGS HERE AND ALLEGED, FACEBOOK ACTED WITH FRAUD, MALICE AND

01/27/2016 Conversion Minute ▼

Comment
FFT: OPPRESSION AND IN RECKLESS DISREGARD OF PLAINTIFF'S RIGHTS. FAC 56.

01/27/2016 Conversion Minute ▼

Comment
COM: 30 DAYS TO AMEND IS GRANTED.

01/27/2016 Conversion Minute ▼

Comment
HCOM: HEARING COMPLETED.

01/27/2016 Conversion Minute ▼

Comment
MICMS: ENTERED BY ALMA DE LA ROSA ON 01/27/16.

01/27/2016 Conversion Minute ▼

Comment
PMO: MINUTE ORDER PRINTED.

01/27/2016 Conversion Minute ▼

Comment
LINE: ====================================

01/27/2016 Conversion Minute ▼

Comment
PMO: MINUTE ORDER PRINTED.

01/27/2016 Hearing on Demurrer ▼

Original Type
Hearing on Demurrer

Judicial Officer
Ayoob, Donald J

Hearing Time
9:00 AM

Result
Held

Comment
Dept: LM HEARING: DEMURRER TO 1ST AMENDED COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT BY FACEBOOK, INC, A DELAWARE CORPORATION

02/19/2016 Order ▼

ORDER SUSTAINING DEMURRER TO PLAINTIFF'S FIRST AMENDED COMPLAINT, SIGNED BY JUDGE AYOOB ON 01/27/16

Comment
O2: ORDER SUSTAINING DEMURRER TO PLAINTIFF'S FIRST AMENDED COMPLAINT, SIGNED BY JUDGE AYOOB ON 01/27/16 FILED.

02/19/2016 Order ▼

ORDER SUSTAINING DEMURRER TO PLAINTIFF'S FIRST AMENDED COMPLAINT, SIGNED BY JUDGE AYOOB ON 01/27/16

Comment
O2: ORDER SUSTAINING DEMURRER TO PLAINTIFF'S FIRST AMENDED COMPLAINT, SIGNED BY JUDGE AYOOB ON 01/27/16 FILED.

02/19/2016 Conversion Minute ▼

Comment
LAG: LEAVE TO AMEND GRANTED. SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT GRANTED 20 DAYS LEAVE TO AMEND

02/26/2016 Conversion Action ▼

(U) 2ND AMENDED COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT FILED (AMENDED COMPLAINT)

Comment
ACS: (U) 2ND AMENDED COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT FILED (AMENDED COMPLAINT)

03/16/2016 Conversion Hearing ▼

Comment
CASE MANAGEMENT CONFERENCE

03/16/2016 Conversion Minute ▼

Comment
PNCMC: PRINT CASE MANAGEMENT CONFERENCE NOTICE.

03/16/2016 Conversion Minute ▼

Comment
*NOT: NOTICES PRINTED FOR BASIL P FTHENAKIS ON 11/24/15

03/16/2016 Conversion Minute ▼

Comment
*NOT: NOTICES PRINTED FOR PC14 /JES ON 11/24/15

03/16/2016 Conversion Minute ▼

Comment
HC: HEARING CONTINUED TO 05/06/16 AT 09:00 IN DEPARTMENT 21.

03/16/2016 Case Management Conference ▼

Original Type
Case Management Conference

Hearing Time
9:00 AM

Result
Conversion Continuance

Comment
Dept: 21 CASE MANAGEMENT CONFERENCE

03/24/2016 First Paper Fee Paid ▾

Comment
FFP4: MOTION FEE PAID BY FACEBOOK, INC, A DELAWARE CORPORATION.

03/24/2016 Conversion Minute ▾

Comment
*FEE: 160324-0263-CK 037/ 20.00 PAYMT

03/24/2016 Conversion Minute ▾

Comment
*REFNM: 160324-0263-CK REFERENCE NUMBER 22585

03/28/2016 Conversion Action ▾

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO 2ND AMND CMPL SIGNED BY JOHN G. SCHWARTZ ON 03/2

Comment
SO2: STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO 2ND AMND CMPL SIGNED BY JOHN G. SCHWARTZ ON 03/25/16.

03/28/2016 Conversion Minute ▾

Comment
LINE: ===================================

03/28/2016 Conversion Minute ▾

Comment
COM: DEFT SHALL HAVE UP TO AND INCLUDING APRIL 8, 2016 TO FILE AND SERVE ITS RESP TO 2ND AM.

03/28/2016 Conversion Minute ▾

Comment
LINE: ===================================

04/08/2016 First Paper Fee Paid ▾

Comment
FFP4: MOTION FEE PAID BY FACEBOOK, INC, A DELAWARE CORPORATION.

04/08/2016 Conversion Minute ▾

Comment
*FEE: 160408-0810-CK 036/ 60.00 210/ 30.00 PAYMT

04/08/2016 Conversion Minute ▾

Comment
*REFNM: 160408-0810-CK REFERENCE NUMBER 23717

04/08/2016 Conversion Action ▾

(S) DEMURRER TO 2ND AMENDED COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT FILED BY FACEB

Comment
DEM: (S) DEMURRER TO 2ND AMENDED COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT FILED BY FACEBOOK, INC, A DELAWARE CORPORATION
REPRESENTED BY JULIE E SCHWARTZ

04/08/2016 Request for Judicial Notice ▾

REQUEST FOR JUDICIAL NOTICE OF IN SUPPORT OF DEMURRER TO PLTFF'S SECOND AMENDED COMPLAINT FILED BY

Comment
RJN: REQUEST FOR JUDICIAL NOTICE OF IN SUPPORT OF DEMURRER TO PLTFF'S SECOND AMENDED COMPLAINT FILED BY FACEBOOK, INC, A DELAWARE
CORPORATION.

04/08/2016 Declaration ▾

DECLARATION OF JEREMY E. JORDAN IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE FILED BY FACEBOOK, INC, A

Comment
DECL: DECLARATION OF JEREMY E. JORDAN IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE FILED BY FACEBOOK, INC, A DELAWARE CORPORATION

04/08/2016 Declaration ▾

DECLARATION OF JULIE E. SCHWARTZ IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE AND, ETC. FILED BY FACEB

Comment
DECL: DECLARATION OF JULIE E. SCHWARTZ IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE AND, ETC. FILED BY FACEBOOK, INC, A DELAWARE CORPORATION

---

04/08/2016 Proof of Service ▾

PROOF OF SERVICE OF FACEBOOK, INC.'S NOTICE OF HEARING, ETC. SERVED ON SEE LIST BY FEDERAL EXPRESS

Comment
POSI: PROOF OF SERVICE OF FACEBOOK, INC.'S NOTICE OF HEARING, ETC. SERVED ON SEE LIST BY FEDERAL EXPRESS WITH A SERVICE DATE OF 04/08/16.

---

04/19/2016 First Paper Fee Paid ▾

Comment
FFP4: MOTION FEE PAID BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT.

---

04/19/2016 Conversion Minute ▾

Comment
*FEE: 160419-0560-CK 037/ 20.00 PAYMT

---

04/19/2016 Conversion Minute ▾

Comment
*REFNM: 160419-0560-CK REFERENCE NUMBER 24042

---

04/19/2016 Conversion Action ▾

Comment
COMM: STIP AND PROPOSED ORDER TO RESCHEDULE HEARING ON DEMURRER - FWD TO DEPT. 27.

---

04/25/2016 Conversion Action ▾

STIPULATION AND ORDER TO RESCHEDULE HEARING ON DEMURRER TO SAC SIGNED BY DONALD J. AYOOB ON 04/21/1

Comment
SO2: STIPULATION AND ORDER TO RESCHEDULE HEARING ON DEMURRER TO SAC SIGNED BY DONALD J. AYOOB ON 04/21/16.

---

04/28/2016 Conversion Action ▾

Comment
COMM: FAXED REQUEST TO CONTINUE THE 5/6/16 CMC RECEIVED.

---

05/05/2016 Conversion Action ▾

OBJECTION TO REQUEST FOR JUDICIAL NOTICE FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT

Comment
OBJ: OBJECTION TO REQUEST FOR JUDICIAL NOTICE FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT

---

05/05/2016 Memorandum of Points & Authorities Filed ▾

MEMORANDUM OF POINTS AND AUTHORITIES FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT IN OPPOSI

Comment
MPA: MEMORANDUM OF POINTS AND AUTHORITIES FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT IN OPPOSITION TO DEMURRER TO SECOND AMENDED COMPLAINT

---

05/06/2016 Conversion Hearing ▾

Comment
CASE MANAGEMENT CONFERENCE

---

05/06/2016 Conversion Minute ▾

Comment
PNCMC: PRINT CASE MANAGEMENT CONFERENCE NOTICE.

---

05/06/2016 Conversion Minute ▾

Comment
*NOT: NOTICES PRINTED FOR BASIL P FTHENAKIS ON 3/07/16

---

05/06/2016 Conversion Minute ▾

Comment
*NOT: NOTICES PRINTED FOR PC14 /JES ON 3/07/16

05/06/2016 Conversion Minute ▾

Comment
HC: HEARING CONTINUED TO 07/01/16 AT 09:00 IN DEPARTMENT 21.

05/06/2016 Conversion Hearing ▾

Judicial Officer
Ayoob, Donald J

Comment
HEARING: DEMURRER TO 2ND AMENDED COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT BY FACEBOOK, INC, A DELAWARE CORPORATION

05/06/2016 Conversion Minute ▾

Judicial Officer
Ayoob, Donald J

Comment
JCR: HONORABLE DONALD J. AYOOB, JUDGE PRESIDING. CLERK: ALMA DE LA ROSA. COURT REPORTER: JOCELYNE FOKHOURI.

05/06/2016 Conversion Minute ▾

Comment
NAP: NO APPEARANCE IS MADE BY ANY PARTIES HEREIN OR THEIR COUNSEL OF RECORD.

05/06/2016 Conversion Minute ▾

Comment
FFT: PURSUANT TO STIPULATION OF THE PARTIES AND PRIOR ORDER OF THE COURT, THIS MATTER IS CONTINUED TO

05/06/2016 Conversion Minute ▾

Comment
FFT: MAY 18, 2016.

05/06/2016 Conversion Minute ▾

Comment
HC: HEARING CONTINUED TO 05/18/16 AT 09:00 IN DEPARTMENT LM.

05/06/2016 Conversion Minute ▾

Comment
MICMS: ENTERED BY ALMA DE LA ROSA ON 05/06/16.

05/06/2016 Conversion Minute ▾

Comment
PMO: MINUTE ORDER PRINTED.

05/06/2016 Conversion Minute ▾

Comment
LINE: ======================================

05/06/2016 Case Management Conference ▾

Original Type
Case Management Conference

Hearing Time
9:00 AM

Result
Conversion Continuance

Comment
Dept 21 CASE MANAGEMENT CONFERENCE

05/06/2016 Hearing on Demurrer ▾

Original Type
Hearing on Demurrer

Judicial Officer
Ayoob, Donald J

Hearing Time
9:00 AM

Result
Conversion Continuance

Comment
Dept: LM HEARING: DEMURRER TO 2ND AMENDED COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT BY FACEBOOK, INC, A DELAWARE CORPORATION

05/11/2016 Response ▾

FACEBOOK, INC, A DELAWARE CORPORATION'S RESPONSE TO PLTFF'S OBJECTIONS TO REQUEST FOR JUDICIAL NOTI

Comment
RESP: FACEBOOK, INC, A DELAWARE CORPORATION'S RESPONSE TO PLTFF'S OBJECTIONS TO REQUEST FOR JUDICIAL NOTICE FILED.

05/11/2016 Document ▾

DEFT FACEBOOK'S REPLY IN SUPPORT OF DEMURRER TO SECOND AMENDED COMPLAINT, FILED.

Comment
FILED: DEFT FACEBOOK'S REPLY IN SUPPORT OF DEMURRER TO SECOND AMENDED COMPLAINT, FILED.

05/11/2016 Proof of Service ▾

PROOF OF SERVICE OF SEE DOCUMENT LIST SERVED ON SEE SERVICE LIST BY FEDERAL EXPRESS WITH A SERVICE

Comment
POSI: PROOF OF SERVICE OF SEE DOCUMENT LIST SERVED ON SEE SERVICE LIST BY FEDERAL EXPRESS WITH A SERVICE DATE OF 05/11/16.

05/18/2016 Conversion Hearing ▾

Judicial Officer
Ayoob, Donald J

Comment
HEARING: DEMURRER TO 2ND AMENDED COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT BY FACEBOOK, INC, A DELAWARE CORPORATION

05/18/2016 Conversion Minute ▾

Judicial Officer
Ayoob, Donald J

Comment
JCR: HONORABLE DONALD J. AYOOB, JUDGE PRESIDING. CLERK: ALMA DE LA ROSA. COURT REPORTER: ROSARIO AYON.

05/18/2016 Conversion Minute ▾

Comment
NAP: NO APPEARANCE IS MADE BY ANY PARTIES HEREIN OR THEIR COUNSEL OF RECORD.

05/18/2016 Conversion Minute ▾

Comment
FFT: ON THE COURT'S OWN MOTION, THE DEMURRER BY FACEBOOK, INC. TO THE PLAINTIFF'S SECOND AMENDED

05/18/2016 Conversion Minute ▾

Comment
FFT: COMPLAINT IS CONTINUED TO JUNE 15, 2016 AT 9 AM TO BE HEARD IN DEPARTMENT 27, THE HON. DONALD

05/18/2016 Conversion Minute ▾

Comment
FFT: AYOOB PRESIDING

05/18/2016 Conversion Minute ▾

Comment
HC: HEARING CONTINUED TO 06/15/16 AT 09:00 IN DEPARTMENT LM.

05/18/2016 Conversion Minute ▾

Comment
MICMS: ENTERED BY ALMA DE LA ROSA ON 05/18/16.

05/18/2016 Conversion Minute ▾

Comment
LINE: =====================================

05/18/2016 Conversion Minute ▾

Comment
PMO: MINUTE ORDER PRINTED.

05/18/2016 Conversion Hearing ▼

Comment
HEARING: DEMURRER TO 2ND AMENDED COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT BY FACEBOOK, INC, A DELAWARE CORPORATION

05/18/2016 Conversion Minute ▼

Comment
COM: SEE PREVIOUS SCREEN FOR FULL AND COMPLETE MINUTES..

05/18/2016 Conversion Minute ▼

Comment
HCOM: HEARING COMPLETED.

05/18/2016 Conversion Minute ▼

Comment
MICMS: ENTERED BY ALMA DE LA ROSA ON 05/18/16.

05/18/2016 Hearing on Demurrer ▼

Original Type
Hearing on Demurrer

Judicial Officer
Ayoob, Donald J

Hearing Time
9:00 AM

Result
Conversion Continuance

Comment
Dept LM HEARING: DEMURRER TO 2ND AMENDED COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT BY FACEBOOK, INC, A DELAWARE CORPORATION

05/18/2016 Hearing on Demurrer ▼

Original Type
Hearing on Demurrer

Hearing Time
9:00 AM

Result
Held

Comment
Dept LM HEARING: DEMURRER TO 2ND AMENDED COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT BY FACEBOOK, INC, A DELAWARE CORPORATION

06/14/2016 Notice ▼

NOTICE WITHDRAWL AND DISCHARGE AS ATTORNEY OF RECORD FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LI

Comment
N2: NOTICE WITHDRAWL AND DISCHARGE AS ATTORNEY OF RECORD FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT.

06/14/2016 Conversion Action ▼

Comment
UA: ATTORNEY RECORD UPDATED TO SHOW BASIL P FTHENAKIS ATTORNEY FOR SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT UPDATED/CORRECTED TO BASIL P FTHENAKIS.

06/15/2016 Conversion Hearing ▼

Comment
HEARING: DEMURRER TO 2ND AMENDED COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT BY FACEBOOK, INC, A DELAWARE CORPORATION

06/15/2016 Hearing on Demurrer ▼

Hearing Time
9:00 AM

Result
Held

Comment
Dept LM HEARING: DEMURRER TO 2ND AMENDED COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT BY FACEBOOK, INC, A DELAWARE CORPORATION

Parties Present ▲

Plaintiff

  Attorney: FTHENAKIS, BASIL P

Defendant

  Attorney: SCHWARTZ, JULIE E

---

06/17/2016 Case Management Statement ▾

Case Management Statement

---

06/20/2016 Case Management Statement ▾

Case Management Statement

---

06/23/2016 Order After Hearing ▾

  Comment
  FOR 06/15/16 RECEIVED VIA FAX ON 06/22/16 (NOT ORIGINAL) - FORWARDED TO DEPT. 27

---

06/30/2016 Order ▾

Order ON DEMURRER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

  Comment
  ON DEMURRER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

---

07/01/2016 Conversion Hearing ▾

  Comment
  CASE MANAGEMENT CONFERENCE

---

07/01/2016 Conversion Minute ▾

  Comment
  PNCMC: PRINT CASE MANAGEMENT CONFERENCE NOTICE.

---

07/01/2016 Conversion Minute ▾

  Comment
  *NOT: NOTICES PRINTED FOR BASIL P FTHENAKIS ON 4/28/16

---

07/01/2016 Conversion Minute ▾

  Comment
  *NOT: NOTICES PRINTED FOR PC14 /JES ON 4/28/16

---

07/01/2016 Notice of Mandatory Settlement Conference and Jury Trial

---

07/01/2016 Case Management Conference ▾

Judicial Officer
Case Management Conferences, -

Hearing Time
9:00 AM

Result
Held

Comment
Dept 21 CASE MANAGEMENT CONFERENCE

Parties Present ▴
  Plaintiff
    Attorney: FTHENAKIS, BASIL P

---

07/05/2016 Answer / Response / Denial - Unlimited ▾

Answer / Response / Denial - Unlimited

---

07/05/2016 Notice ▾

Notice OF RULING

  Comment
  OF RULING

---

07/22/2016 Notice of Mandatory Settlement Conference and Jury Trial

08/10/2016 Application to Appear as Counsel Pro Hac Vice ▾

Application to Appear as Counsel Pro Hac Vice OF JAMES E. KRUZER, ESQ.

Comment
OF JAMES E. KRUZER, ESQ.

08/10/2016 Court Reporter service less than one hour

08/10/2016 Notice of Hearing ▾

Notice of Hearing RE: APPLICATION OF JAMES E. KRUZER, ESQ. FOR ADMISSION PRO HAC VICE

Comment
RE: APPLICATION OF JAMES E. KRUZER, ESQ. FOR ADMISSION PRO HAC VICE

08/10/2016 Memorandum of Points & Authorities Filed ▾

Memorandum of Points & Authorities Filed IN SUPPORT OF APPLICATION OF JAMES E. KRUZER, ESQ. FOR ADMI

Comment
IN SUPPORT OF APPLICATION OF JAMES E. KRUZER, ESQ. FOR ADMISSION PRO HAC VICE

08/10/2016 Declaration ▾

Declaration OF BASIL P. FTHENAKIS RE; SERVICE ON THE STATE BAR OF CALIFORNIA AND PAYMENT OF REQUIRED

Comment
OF BASIL P. FTHENAKIS RE; SERVICE ON THE STATE BAR OF CALIFORNIA AND PAYMENT OF REQUIRED FEE

08/10/2016 Proposed Order Received ▾

Proposed Order Received RE: ORDER GRANTING APPLICATION OF JAMES E. KRUZER, ESQ. FOR ADMISSION PRO HA

Comment
RE: ORDER GRANTING APPLICATION OF JAMES E. KRUZER, ESQ. FOR ADMISSION PRO HAC VICE

08/11/2016 Motion ▾

Motion FOR ORDER COMPELLING FURTHER RESPONSES TO DEMAND FOR INSPECTION OF DOCUMENTS, ETC

Comment
FOR ORDER COMPELLING FURTHER RESPONSES TO DEMAND FOR INSPECTION OF DOCUMENTS, ETC

08/11/2016 Court Reporter service less than one hour

08/11/2016 Memorandum of Points & Authorities Filed ▾

Memorandum of Points & Authorities Filed IN SUPPORT OF MOTION FOR ORDER COMPELLING FURTHER RESPONSES

Comment
IN SUPPORT OF MOTION FOR ORDER COMPELLING FURTHER RESPONSES, ETC

08/11/2016 Separate Statement ▾

Separate Statement OF DEMANDS IN DISPUTE IN SUPPORT OF MOTION FOR ORDER COMPELLING FURTHER RESPONSES

Comment
OF DEMANDS IN DISPUTE IN SUPPORT OF MOTION FOR ORDER COMPELLING FURTHER RESPONSES, ETC

08/11/2016 Declaration ▾

Declaration OF DAVID GODKIN IN SUPPORT OF MOTION FOR ORDER COMPELLING FURTHER RESPONSES, ETC

Comment
OF DAVID GODKIN IN SUPPORT OF MOTION FOR ORDER COMPELLING FURTHER RESPONSES, ETC

08/12/2016 Stipulation and Order received and forwarded to Dept ▾

Comment
21, ADR

08/17/2016 Stipulation and Order to ADR ▾

Stipulation and Order to ADR

Judicial Officer
Foiles, Robert D

08/25/2016 Opposition filed ▾

Opposition filed TO PLTFF'S MOTION TO COMPEL FURTHER RESPONSES TO DEMAND FOR INSPECTION OF DOCUMENTS

Comment
TO PLTFF'S MOTION TO COMPEL FURTHER RESPONSES TO DEMAND FOR INSPECTION OF DOCUMENTS, COMPELLING PRODUCTION OF DOCUMENTS, AND FOR
SANCTIONS

---

08/25/2016 Declaration ▾

Declaration OF JULIE W. SCHWARTZ ISO FACEBOOK'S OPPOSITION TO PLTFF'S MOTION TO COMPEL, ETC.

Comment
OF JULIE W. SCHWARTZ ISO FACEBOOK'S OPPOSITION TO PLTFF'S MOTION TO COMPEL, ETC.

---

08/25/2016 Separate Statement ▾

Separate Statement FACEBOOK'S RESPONSE SEPARATE STATEMENT ISO OPPOSITION TO PLTFF'S MOTION TO COMPEL

Comment
FACEBOOK'S RESPONSE SEPARATE STATEMENT ISO OPPOSITION TO PLTFF'S MOTION TO COMPEL, ETC.

---

08/25/2016 Proof of Service by ▾

Proof of Service by FEDERAL EXPRESS served on SEE SERVICE LIST with a service date of 08/25/16

Comment
FEDERAL EXPRESS served on SEE SERVICE LIST with a service date of 08/25/16

---

08/30/2016 Reply ▾

Reply IN SUPPORT OF NOTICE OF MOTION FOR ORDER COMPELLING FURTHER RESPONSES TO DEMAND FOR INSPECTION

Comment
IN SUPPORT OF NOTICE OF MOTION FOR ORDER COMPELLING FURTHER RESPONSES TO DEMAND FOR INSPECTION OF DOCUMENTS, COMPELLING
PRODUCTION OF DOCUMENTS, AND FOR SANCTIONS

---

09/02/2016 Application to Appear as Counsel Pro Hac Vice ▾

CIV Minute Order

Judicial Officer
Karesh, Jonathan E

Hearing Time
9:00 AM

Result
Held

---

09/08/2016 Motion hearings ▾

CIV Minute Order

Judicial Officer
Karesh, Jonathan E

Hearing Time
9:00 AM

Result
Held

Comment
FOR ORDER COMPELLING FURTHER RESPONSES, ETC

Parties Present ▴
Plaintiff
    Attorney: FTHENAKIS, BASIL P

Defendant
    Attorney: SCHWARTZ, JULIE E

---

09/14/2016 Order received ▾

Comment
AND FWD TO DEPT 20

---

09/15/2016 Motion ▾

Motion FOR PROTECTIVE ORDER

Comment
FOR PROTECTIVE ORDER

---

09/15/2016 Court Reporter service less than one hour

---

09/15/2016 Memorandum of Points & Authorities Filed ▾

Memorandum of Points & Authorities Filed IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

Comment
IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

09/15/2016 Declaration ▾

Declaration OF DAVID S. GODKIN ISO OF MOTION FOR PROTECTIVE ORDER

Comment
OF DAVID S. GODKIN ISO OF MOTION FOR PROTECTIVE ORDER

09/19/2016 Document ▾

Document LETTER TO JUDGE KARESH IN REGARDS TO PROPOSED ORDER ON MOTION FOR ORDER COMPELLING FURTHER

Comment
LETTER TO JUDGE KARESH IN REGARDS TO PROPOSED ORDER ON MOTION FOR ORDER COMPELLING FURTHER RESPONSES, ETC.

09/19/2016 Order ▾

Order ON MOTION FOR ORDER COMPELLING FURTHER RESPONSES TO DEMAND FOR INSPECTION OF DOCUMENTS, ETC. S

Comment
ON MOTION FOR ORDER COMPELLING FURTHER RESPONSES TO DEMAND FOR INSPECTION OF DOCUMENTS, ETC. SIGNED BY JUDGE KARESH ON 09/15/16

09/22/2016 Stipulation and Order received and forwarded to Dept ▾

Comment
20; RE CONTINUING HEARING ON MOTION FOR PROTECTIVE ORDER ON 10/06/16

09/22/2016 Motion ▾

Motion FOR PROTECTIVE ORDER

Comment
FOR PROTECTIVE ORDER

09/22/2016 Court Reporter service less than one hour

09/22/2016 Declaration ▾

Declaration OF JULIE E. SCHWARTZ ISO FACEBOOK'S MOTION FOR PROTECTIVE ORDER

Comment
OF JULIE E. SCHWARTZ ISO FACEBOOK'S MOTION FOR PROTECTIVE ORDER

09/22/2016 Proof of Service by ▾

Proof of Service by FEDERAL EXPRESS served on SEE SERVICE LIST with a service date of 09/22/16

Comment
FEDERAL EXPRESS served on SEE SERVICE LIST with a service date of 09/22/16

09/27/2016 Stipulation & Order ▾

Stipulation & Order CONTINUING HEARING ON SIX4THREE, LLC'S MOTION FOR PROTECTIVE ORDER signed by JUD

Comment
CONTINUING HEARING ON SIX4THREE, LLC'S MOTION FOR PROTECTIVE ORDER signed by JUDGE KARESH 9/23/16

09/29/2016 Opposition filed ▾

Opposition filed TO PLTFF'S MOTION FOR PROTECTIVE ORDER

Comment
TO PLTFF'S MOTION FOR PROTECTIVE ORDER

09/29/2016 Declaration ▾

Declaration OF JULIE E. SCHWARTZ IN SUPPORT OF FACEBOOK'S OPPOSITION TO PLTFF'S MOTION FOR PROTECTIV

Comment
OF JULIE E. SCHWARTZ IN SUPPORT OF FACEBOOK'S OPPOSITION TO PLTFF'S MOTION FOR PROTECTIVE ORDER

09/29/2016 Proof of Service by ▾

Proof of Service by FEDERAL EXPRESS served on SEE SERVICE LIST with a service date of 09/29/16

Comment
FEDERAL EXPRESS served on SEE SERVICE LIST with a service date of 09/29/16

---

10/05/2016 Reply ▾

Reply TO DEFENDANT FACEBOOK INC'S OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Comment
TO DEFENDANT FACEBOOK INC'S OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

---

10/05/2016 Reply ▾

Reply IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

Comment
IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

---

10/13/2016 Motion hearings ▾

CIV Minute Order

Judicial Officer
Karesh, Jonathan E

Hearing Time
9:00 AM

Result
Held

Comment
FOR PROTECTIVE ORDER

Parties Present ▴
Plaintiff
    Attorney: FTHENAKIS, BASIL P
Defendant
    Attorney: SCHWARTZ, JULIE E

---

10/13/2016 Motion hearings ▾

CIV Minute Order

Judicial Officer
Karesh, Jonathan E

Hearing Time
9:00 AM

Result
Held

Comment
FOR PROTECTIVE ORDER

Parties Present ▴
Plaintiff
    Attorney: FTHENAKIS, BASIL P
Defendant
    Attorney: SCHWARTZ, JULIE E

---

10/24/2016 Notice ▾

Notice OF APPEARANCE ON BEHALF OF FACEBOOK

Comment
OF APPEARANCE ON BEHALF OF FACEBOOK

---

10/25/2016 ADR Evaluation Notice Sent

---

10/25/2016 Order After Hearing ▾

Order After Hearing signed by Judge Karesh 10/24/16 SIX4THREE'S MOTION FOR PROTECTIVE ORDER AND FAC

Comment
signed by Judge Karesh 10/24/16 SIX4THREE'S MOTION FOR PROTECTIVE ORDER AND FACEBOOK'S MOTION FOR PROTECTIVE ORDER

---

10/25/2016 Order ▾

Order STIPULATED PROTECTIVE ORDER signed by Judge Karesh 10/24/16

Comment
STIPULATED PROTECTIVE ORDER signed by Judge Karesh 10/24/16

10/28/2016 Ex Parte Fee Paid

10/28/2016 Ex Parte ▾

Ex Parte Filed APPLICATION TO CONTINUE OCTOBER 31 DOCUMENT PRODUCTION DEADLINE AND REMAINING CASE DE

Comment
APPLICATION TO CONTINUE OCTOBER 31 DOCUMENT PRODUCTION DEADLINE AND REMAINING CASE DEADLINES INCLUDING TRIAL DATE; ETC

10/28/2016 Opposition filed ▾

Opposition filed TO DEFENDANT FACEBOOK INC'S EX PARTE APPLICATION

Comment
TO DEFENDANT FACEBOOK INC'S EX PARTE APPLICATION

10/28/2016 Order ▾

Order GRANTING DEFT FACEBOOK INC'S EX PARTE APPLICATION TO CONTINUE OCTOBER 31 DOCUMENTS PRODUCTION

Comment
GRANTING DEFT FACEBOOK INC'S EX PARTE APPLICATION TO CONTINUE OCTOBER 31 DOCUMENTS PRODUCTION DEADLINE AND REMAINING CASE DEADLINES INCLUDING TRIAL DATE SIGNED BY JUDGE KARESH ON 10/28/16.

10/28/2016 Order ▾

Order GRANTING DEFT FACEBOOK INC'S EX PARTE APPLICATION TO CONTINUE TRIAL SIGNED BY JUDGE GRANDSAERT

Comment
GRANTING DEFT FACEBOOK INC'S EX PARTE APPLICATION TO CONTINUE TRIAL SIGNED BY JUDGE GRANDSAERT ON 10/28/16. (COPY OF ORDER FORWARDED TO MASTER CALENDAR)

10/31/2016 Notice of Mandatory Settlement Conference and Jury Trial ▾

Notice of Mandatory Settlement Conference and Jury Trial

10/31/2016 Motion ▾

Motion FOR A PROTECTIVE ORDER

Comment
FOR A PROTECTIVE ORDER

10/31/2016 Court Reporter service less than one hour

10/31/2016 Separate Statement ▾

Separate Statement IN SUPPORT OF DEFT FACEBOOK, INC'S MOTION FOR PROTECTIVE ORDER

Comment
IN SUPPORT OF DEFT FACEBOOK, INC'S MOTION FOR PROTECTIVE ORDER

11/01/2016 Notice ▾

Notice OF APPEARANCE OF CATHERINE KIM ON BEHLAF OF FACEBOOK

Comment
OF APPEARANCE OF CATHERINE KIM ON BEHLAF OF FACEBOOK

11/03/2016 Motion ▾

Motion FOR ORDER TO COMPEL FURTHER RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES

Comment
FOR ORDER TO COMPEL FURTHER RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES

11/03/2016 Court Reporter service less than one hour

11/03/2016 Memorandum of Points & Authorities Filed ▾

Memorandum of Points & Authorities Filed IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO PLAINTI

Comment
IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES

11/03/2016 Separate Statement ▾

Separate Statement OF ANSWERS TO PLAINTIFF'S SPECIALLY PREPARED INTERROGATORIES IN DISPUTE

Comment
OF ANSWERS TO PLAINTIFF'S SPECIALLY PREPARED INTERROGATORIES IN DISPUTE

11/03/2016 Declaration ▾

Declaration OF DAVID S. GODKIN IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFF'S SPECI

Comment
OF DAVID S. GODKIN IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES

11/03/2016 Motion ▾

Motion FOR ORDER TO COMPEL FURTHER RESPONSES TO DEMAND FOR INSPECTION OF DOCUMENTS (SET TWO)

Comment
FOR ORDER TO COMPEL FURTHER RESPONSES TO DEMAND FOR INSPECTION OF DOCUMENTS (SET TWO)

11/03/2016 Court Reporter service less than one hour

11/03/2016 Memorandom of Points & Authorities Filed ▾

Memorandum of Points & Authorities Filed IN SUPPORT OF MOTION FOR ORDER TO COMPEL FURTHER RESPONSES

Comment
IN SUPPORT OF MOTION FOR ORDER TO COMPEL FURTHER RESPONSES TO DEMAND FOR INSPECTION OF DOCUMENTS (SET TWO)

11/03/2016 Separate Statement ▾

Separate Statement OF DEMANDS IN DISPUTE (SET TWO)

Comment
OF DEMANDS IN DISPUTE (SET TWO)

11/03/2016 Declaration ▾

Declaration OF DAVID S. GODKIN IN SUPPORT OF MOTION FOR ORDER COMPELLING FURTHER RESPONSES TO DEMAND

Comment
OF DAVID S. GODKIN IN SUPPORT OF MOTION FOR ORDER COMPELLING FURTHER RESPONSES TO DEMAND FOR INSPECTION OF DOCUMENTS, ETC

11/08/2016 ADR Mediation Scheduled

11/17/2016 Motion ▾

Motion TO COMPEL

Comment
TO COMPEL

11/17/2016 Court Reporter service less than one hour

11/17/2016 Notice ▾

Notice of LODGING OF DOCUMENTS WITH THE COURT CONDITIONALLY UNDER SEAL

Comment
of LODGING OF DOCUMENTS WITH THE COURT CONDITIONALLY UNDER SEAL

11/17/2016 Separate Statement ▾

Separate Statement of Facts in SUPPORT OF ITS MOTION TO COMPEL

Comment
of Facts in SUPPORT OF ITS MOTION TO COMPEL

11/17/2016 Declaration ▾

Declaration OF LAURA E MILLER IN SUPPORT OF DEFT FACEBOOK INC'S MOTION TO COMPEL

Comment
OF LAURA E MILLER IN SUPPORT OF DEFT FACEBOOK INC'S MOTION TO COMPEL

11/17/2016 Memorandum of Points & Authorities Filed ▾

Memorandum of Points & Authorities Filed IN SUPPORT OF ITS MOTION TO COMPEL

Comment
IN SUPPORT OF ITS MOTION TO COMPEL

11/18/2016 Proof of Service by MESSENGER SERVICE of ▾

Proof of Service by MESSENGER SERVICE OF DEFT FACEBOOK, INC'S NOTICE OF MOT/MOT TO COMPEL; MEMO P&A;

Comment
DEFT FACEBOOK, INC'S NOTICE OF MOT/MOT TO COMPEL; MEMO P&A; ETC

11/21/2016 Opposition filed ▾

Opposition filed TO DEFT FACEBOOK INC MOTION FOR A PROTECTIVE ORDER; ETC

    Comment
      TO DEFT FACEBOOK INC MOTION FOR A PROTECTIVE ORDER; ETC

11/22/2016 Opposition filed ▾

Opposition filed TO PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO SPECIALLY PREPARED INTERROGATO

    Comment
      TO PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO SPECIALLY PREPARED INTERROGATORIES SET ONE

11/22/2016 Response ▾

Response SEPARATE STATEMENT IN SUPPORT OF OPPOSITION TO PLTF'S MOTION TO COMPEL FURTHER RESPONSES TO

    Comment
      SEPARATE STATEMENT IN SUPPORT OF OPPOSITION TO PLTF'S MOTION TO COMPEL FURTHER RESPONSES TO SPECIALLY PREPARED INTERROGATORIES SET ONE

11/22/2016 Declaration ▾

Declaration OF CATHERINE Y KIM IN SUPPORT OF FACEBOOK, INC'S OPPOSITION TO PLTF'S MOTION TO COMPEL F

    Comment
      OF CATHERINE Y KIM IN SUPPORT OF FACEBOOK, INC'S OPPOSITION TO PLTF'S MOTION TO COMPEL FURTHER RESPONSES TO SPECIALLY PREPARED INTERROGATORIES SET ONE

11/22/2016 Proof of Service by MAIL of ▾

Proof of Service by MAIL of FACEBOOK, INC.'S OPPOSITION TO PLTF'S MOTION TO COMPEL FURTHER RESPONSES

    Comment
      FACEBOOK, INC.'S OPPOSITION TO PLTF'S MOTION TO COMPEL FURTHER RESPONSES TO SPECIALLY PREPARED INTERROGATORIES (SET ONE); RESPONSE; ETC

11/22/2016 Opposition filed ▾

Opposition filed TO DEFT FACEBOOK INC'S MOTION FOR A PROTECTIVE ORDER LIMITING PRODUCTION RESPONSIVE

    Comment
      TO DEFT FACEBOOK INC'S MOTION FOR A PROTECTIVE ORDER LIMITING PRODUCTION RESPONSIVE TO DOCUMENT REQUEST NOS. 5,25, AND 26

11/23/2016 Opposition filed ▾

Opposition filed FACEBOOK, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO DE

    Comment
      FACEBOOK, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO DEMAND FOR INSPECTION O OF DOCUMENTS (SET TWO)

11/23/2016 Response ▾

Response FACEBOOK, INC.'S RESPONSE SEPARATE STATEMENT IN SUPPORT OF OPPOSITION TO PLTF'S MOTION TO C

    Comment
      FACEBOOK, INC.'S RESPONSE SEPARATE STATEMENT IN SUPPORT OF OPPOSITION TO PLTF'S MOTION TO COMPEL FURTHER RESPONSES TO DEMAND FOR INSPECTION OF DOCUMENTS (SET TWO)

11/23/2016 Declaration ▾

Declaration of CATHERINE Y KIM IN SUPPORT OF FACEBOOK, INC.'S OPPOSITION TO PLTF'S MOTION TO COMPEL

    Comment
      of CATHERINE Y KIM IN SUPPORT OF FACEBOOK, INC.'S OPPOSITION TO PLTF'S MOTION TO COMPEL FURTHER RESPONSES TO DEMAND FOR INSPECTION OF DOCUMENTS (SET TWO)

11/23/2016 Proof of Service by MAIL of ▾

Proof of Service by MAIL of FACEBOOK, INC.'S OPPOSITION TO PLTF'S MOTION TO COMPEL FURTHER RESPONSES

    Comment
      FACEBOOK, INC.'S OPPOSITION TO PLTF'S MOTION TO COMPEL FURTHER RESPONSES TO DEMAND FOR INSPECTION OF DOCUMENTS (SET TWO); ETC

11/28/2016 Reply ▾

Reply DEFENDANT FACEBOOK, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER LI

    Comment
      DEFENDANT FACEBOOK, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER LIMITING PRODUCTION RESPONSIVE TO DOCUMENT REQUEST

11/28/2016 Declaration ▾

Declaration of LAURA E MILLER IN SUPPORT OF FACEBOOK, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTI

Comment
of LAURA E MILLER IN SUPPORT OF FACEBOOK, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER LIMITING PRODUCTION RESPONSIVE TO DOCUMENT REQUEST

11/30/2016 Reply ▾

Reply IN SUPPORT OF NOTICE OF MOTION FOR ORDER COMPELLING FURTHER RESPONSES TO SPECIALLY PREPARED IN

Comment
IN SUPPORT OF NOTICE OF MOTION FOR ORDER COMPELLING FURTHER RESPONSES TO SPECIALLY PREPARED INTERROGATORIES (SET ONE)

12/01/2016 Reply ▾

Reply BY PLAINTIFF IN SUPPORT OF NOTICE OF MOTION FOR ORDER COMPELLING FURTHER RESPONSES TO DEMAND F

Comment
BY PLAINTIFF IN SUPPORT OF NOTICE OF MOTION FOR ORDER COMPELLING FURTHER RESPONSES TO DEMAND FOR INSPECTION OF DOCUMENTS (SET TWO);ETC

12/02/2016 Ex Parte Fee Paid

12/02/2016 Ex Parte ▾

Ex Parte Filed PLTF SEX4THREE'S EX PARTE APPLICATION

Comment
PLTF SEX4THREE'S EX PARTE APPLICATION

12/02/2016 Memorandum of Points & Authorities Filed ▾

Memorandum of Points & Authorities Filed IN SUPPORT OF PLTF'S EX PARTE APPLICATION

Comment
IN SUPPORT OF PLTF'S EX PARTE APPLICATION

12/02/2016 Declaration ▾

Declaration OF JAMES E KRUZER IN SUPPORT OF PLTF'S EX PARTE APPLICATION

Comment
OF JAMES E KRUZER IN SUPPORT OF PLTF'S EX PARTE APPLICATION

12/02/2016 Order ▾

Order Signed by Judge Karesh DENYING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE DEFT FACEBOOK, INC

Comment
Signed by Judge Karesh DENYING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE DEFT FACEBOOK, INC'S MOTION TO COMPEL

12/02/2016 Opposition filed ▾

Opposition filed DEFENDANT'S OPPOSITION TO PLAINTIFF'S EX PARTE MOTION

Comment
DEFENDANT'S OPPOSITION TO PLAINTIFF'S EX PARTE MOTION

12/05/2016 Substitution of Attorney as to ▾

Substitution of Attorney as to Former Attorney: JULIE SCHWARTZ New Attorney: SONAL MEHTA

Comment
Former Attorney: JULIE SCHWARTZ New Attorney: SONAL MEHTA

12/05/2016 Minutes corrected as follows: ▾

Comment
GRAMMATICAL UPDATE OF TENTATIVE RULING PER JUDGE KARESH ON 12/12/16

12/05/2016 Motion hearings ▾

CIV Minute Order

Judicial Officer
Karesh, Jonathan E

Hearing Time
9:00 AM

Result
Held

Comment
FOR A PROTECTIVE ORDER

Parties Present ▲
   Defendant
     Attorney: MILLER, LAURA E.
     Attorney: MEHTA, SONAL N

---

12/07/2016 Opposition filed ▾

Opposition filed TO DEFT FACEBOOK INC'S NOTICE OF MOTION TO COMPEL

   Comment
   TO DEFT FACEBOOK INC'S NOTICE OF MOTION TO COMPEL

---

12/07/2016 Motion to Compel Further ▾

CIV Minute Order

Judicial Officer
Karesh, Jonathan E

Hearing Time
9:00 AM

Result
Held

Comment
RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES

Parties Present ▲
   Defendant
     Attorney: MILLER, LAURA E.
     Attorney: MEHTA, SONAL N

---

12/08/2016 Order sent for signature to Department ▾

   Comment
   20 (LM) FOR SIGNATURE ON FACEBOOK INC'S ORD GRANTING IN PART/DENYING IN PART OF MOT FOR A PROTECTIVE ORDER;ETC

---

12/08/2016 Motion hearings ▾

CIV Minute Order

Judicial Officer
Karesh, Jonathan E

Hearing Time
9:00 AM

Result
Held

Comment
FOR ORDER TO COMPEL FURTHER RESPONSES TO DEMAND FOR INSPECTION OF DOCUMENTS

---

12/09/2016 Reply ▾

Reply MEMORANDUM OF POINTS AND AUTHORITIES OF DEFT FACEBOOK, INC'S IN SUPPORT OF ITS MOTION TO COMPE

   Comment
   MEMORANDUM OF POINTS AND AUTHORITIES OF DEFT FACEBOOK, INC'S IN SUPPORT OF ITS MOTION TO COMPEL

---

12/09/2016 Reply ▾

Reply DECLARATION OF LAURA E MILLER IN SUPPORT OF DEFT FACEBOOK, INC'S MOTION TO COMPEL

   Comment
   DECLARATION OF LAURA E MILLER IN SUPPORT OF DEFT FACEBOOK, INC'S MOTION TO COMPEL

---

12/09/2016 Notice ▾

Notice of LODGING OF DOCUMENTS WITH THE COURT CONDITIONALLY UNDER SEAL

   Comment
   of LODGING OF DOCUMENTS WITH THE COURT CONDITIONALLY UNDER SEAL

---

12/09/2016 Reply ▾

Reply UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE LODGED UNDER SEALED

Comment
UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE LODGED UNDER SEALED

12/09/2016 Reply ▾

Reply UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE LODGED UNDER SEALED

Comment
UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE LODGED UNDER SEALED

12/13/2016 Order After Hearing ▾

Order After Hearing Signed by Judge Karesh 12/12/16 GRANTING IN PART AND DENYING IN PART DEFT FACEBO

Comment
Signed by Judge Karesh 12/12/16 GRANTING IN PART AND DENYING IN PART DEFT FACEBOOK, INC'S MOTION FOR A PROTECTIVE ORDER LIMITING PRODUCTION
RESPONSIVE TO DOCUMENT REQUEST

12/15/2016 Motion to Compel ▾

CIV Minute Order

Judicial Officer
Karesh, Jonathan E

Hearing Time
9:00 AM

Result
Held

01/04/2017 Stipulation and Order received and forwarded to Dept ▾

Comment
20 (TO EXTEND TIME TO RESPOND)

01/10/2017 Stipulation & Order ▾

Stipulation & Order Signed by: Judge DuBois on: 01/09/17 to ENTEND TIME TO RESPOND

Comment
Signed by: Judge DuBois on: 01/09/17 to ENTEND TIME TO RESPOND

01/12/2017 Stipulation ▾

Stipulation FOR ELECTRONIC SERVICE OF DOCUMENTS AND NOTICE

Comment
FOR ELECTRONIC SERVICE OF DOCUMENTS AND NOTICE

01/18/2017 Order sent for signature to Department ▾

Comment
16 (LM) RE STIP TO EXTEND TIME TO RESPOND

01/19/2017 Stipulation & Order ▾

Stipulation & Order Signed by: JUDGE DUBOIS on: 01/18/17 TO EXTEND TIME TO RESPOND

Comment
Signed by: JUDGE DUBOIS on: 01/18/17 TO EXTEND TIME TO RESPOND

01/20/2017 Document ▾

Document DEFENDANT FACEBOOK, INC.'S DISCOVERY SUBMISSION

Comment
DEFENDANT FACEBOOK, INC.'S DISCOVERY SUBMISSION

01/20/2017 Declaration in Support ▾

Declaration in Support OF DEFENDANT FACEBOOK,INC.'S DISCOVERY SUBMISSION

Comment
OF DEFENDANT FACEBOOK,INC.'S DISCOVERY SUBMISSION

01/20/2017 Document ▾

Document DISCOVERY PROPOSAL PURSUANT TO COURT'S DECEMBER 13, 2016 ORDER (REDACTED PUBLIC VERSION)

Comment
DISCOVERY PROPOSAL PURSUANT TO COURT'S DECEMBER 13, 2016 ORDER (REDACTED PUBLIC VERSION)

01/20/2017 Declaration in Support ▾

Declaration in Support OF 643'S DISCOVERY PROPOSAL PURSUANT TO COURT'S ORDER, AND FOR SANCTIONS

Comment
OF 643'S DISCOVERY PROPOSAL PURSUANT TO COURT'S ORDER, AND FOR SANCTIONS

01/20/2017 Notice ▾

Notice OF LODGING DOCUMENTS WITH THE COURT CONDITIONALLY UNDER SEAL PURSUANT TO C.R.C. 2.551(B)(3)

Comment
OF LODGING DOCUMENTS WITH THE COURT CONDITIONALLY UNDER SEAL PURSUANT TO C.R.C. 2.551(B)(3)

01/20/2017 Documents Lodged Conditionally Under Seal ▾

Comment
Document(s): 643'S DISCOVERY PROPOSAL PURSUANT TO COURT'S DECEMBER 13, 2016 ORDER

01/20/2017 Documents Lodged Conditionally Under Seal ▾

Comment
DECLARATION OF JAMES E. KRUZER IN SUPPORT OF 643'S DISCOVERY PROPOSAL PURSUANT TO COURT'S ORDER, AND FOR SANCTIONS

04/28/2017 Mandatory Settlement Conference ▾

Judicial Officer
Mandatory Settlement Conferences, -

Hearing Time
9:30 AM

05/15/2017 Jury Trial ▾

Judicial Officer
Master Calendar, -

Hearing Time
9:00 AM

Comment
JURY TRIAL 5 DAYS

## Financial

SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT COMPANY

| | | |
|---|---|---|
| Total Financial Assessment | | $2,735.00 |
| Total Payments and Credits | | $2,735.00 |

| | | | | |
|---|---|---|---|---|
| 4/10/2015 | Transaction Assessment | | $435.00 | |
| 4/10/2015 | Case Payment | Receipt # 201504100768 | SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT COMPANY | ($435.00) |
| 6/9/2015 | Transaction Assessment | | $60.00 | |
| 6/9/2015 | Case Payment | Receipt # 201506090544 | SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT COMPANY | ($60.00) |
| 8/13/2015 | Transaction Assessment | | $20.00 | |
| 8/13/2015 | Case Payment | Receipt # 201508130215 | SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT COMPANY | ($20.00) |
| 8/21/2015 | Transaction Assessment | | $150.00 | |
| 8/21/2015 | Case Payment | Receipt # 201508210186 | SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT COMPANY | ($150.00) |
| 9/11/2015 | Transaction Assessment | | $530.00 | |
| 9/11/2015 | Case Payment | Receipt # 201509110035 | SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT COMPANY | ($530.00) |

| Date | Type | Receipt | Party | Amount |
|---|---|---|---|---|
| 9/11/2015 | Case Payment | Receipt # 201509110043 | SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT COMPANY | ($530.00) |
| 12/3/2015 | Case Payment | Receipt # 201512030774 | SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT COMPANY | ($20.00) |
| 4/19/2016 | Case Payment | Receipt # 201604190560 | SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT COMPANY | ($20.00) |
| 8/10/2016 | Transaction Assessment | | | $500.00 |
| 8/10/2016 | Transaction Assessment | | | $30.00 |
| 8/10/2016 | Case Payment | Receipt # 2016-034962-HOJ | ONE LEGAL LLC | ($530.00) |
| 8/11/2016 | Transaction Assessment | | | $60.00 |
| 8/11/2016 | Transaction Assessment | | | $30.00 |
| 8/11/2016 | Case Payment | Receipt # 2016-035308-HOJ | ONE LEGAL LLC | ($90.00) |
| 9/15/2016 | Transaction Assessment | | | $60.00 |
| 9/15/2016 | Transaction Assessment | | | $30.00 |
| 9/15/2016 | Case Payment | Receipt # 2016-044182-HOJ | ONE LEGAL LLC | ($90.00) |
| 9/23/2016 | Transaction Assessment | | | $20.00 |
| 9/23/2016 | Case Payment | Receipt # 2016-045934-HOJ | OAKLAND SERVICE OF PROCESS, INC. | ($20.00) |
| 11/4/2016 | Transaction Assessment | | | $60.00 |
| 11/4/2016 | Transaction Assessment | | | $30.00 |
| 11/4/2016 | Case Payment | Receipt # 2016-056407-HOJ | ONE LEGAL LLC | ($90.00) |
| 11/4/2016 | Transaction Assessment | | | $60.00 |
| 11/4/2016 | Transaction Assessment | | | $30.00 |
| 11/4/2016 | Case Payment | Receipt # 2016-056466-HOJ | ONE LEGAL LLC | ($90.00) |
| 12/2/2016 | Transaction Assessment | | | $60.00 |
| 12/2/2016 | Case Payment | Receipt # 2016-063657-HOJ | FTHENAKIS, BASIL P | ($60.00) |

FACEBOOK, INC, A DELAWARE CORPORATION

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $2,020.00 |
| | Total Payments and Credits | | | $2,020.00 |
| 9/8/2015 | Transaction Assessment | | | $465.00 |
| 9/8/2015 | Case Payment | Receipt # 201509080735 | FACEBOOK, INC, A DELAWARE CORPORATION | ($465.00) |
| 9/21/2015 | Transaction Assessment | | | $500.00 |
| 9/21/2015 | Case Payment | Receipt # 201509210301 | FACEBOOK, INC, A DELAWARE CORPORATION | ($530.00) |
| 12/23/2015 | Transaction Assessment | | | $60.00 |
| 12/23/2015 | Case Payment | Receipt # 201512230474 | FACEBOOK, INC, A DELAWARE CORPORATION | ($90.00) |
| 3/24/2016 | Transaction Assessment | | | $20.00 |
| 3/24/2016 | Case Payment | Receipt # 201603240263 | FACEBOOK, INC, A DELAWARE CORPORATION | ($20.00) |
| 4/8/2016 | Case Payment | Receipt # 201604080810 | FACEBOOK, INC, A DELAWARE CORPORATION | ($90.00) |
| 7/5/2016 | Transaction Assessment | | | $435.00 |
| 7/5/2016 | First paper fee paid | | | ($435.00) |
| 9/23/2016 | Transaction Assessment | | | $60.00 |
| 9/23/2016 | Transaction Assessment | | | $30.00 |
| 9/23/2016 | Case Payment | Receipt # 2016-046300-HOJ | OAKLAND SERVICE OF PROCESS, INC. | ($90.00) |
| 10/28/2016 | Transaction Assessment | | | $60.00 |
| 10/28/2016 | Case Payment | Receipt # 2016-055086-HOJ | MEHTA, SONAL N | ($60.00) |
| 11/1/2016 | Transaction Assessment | | | $60.00 |
| 11/1/2016 | Transaction Assessment | | | $30.00 |
| 11/1/2016 | Case Payment | Receipt # 2016-055635-HOJ | NATIONWIDE LEGAL, LLC | ($90.00) |
| 11/17/2016 | Transaction Assessment | | | $20.00 |
| 11/17/2016 | Case Payment | Receipt # 2016-059892-HOJ | NATIONWIDE LEGAL, LLC | ($20.00) |

| 11/17/2016 | Transaction Assessment | | | $60.00 |
| 11/17/2016 | Transaction Assessment | | | $30.00 |
| 11/17/2016 | Case Payment | Receipt # 2016-059902-HOJ | NATIONWIDE LEGAL, LLC | ($90.00) |
| 1/4/2017 | Transaction Assessment | | | $20.00 |
| 1/4/2017 | Case Payment | Receipt # 2017-000232-HOJ | NATIONWIDE LEGAL LLC | ($20.00) |
| 1/18/2017 | Transaction Assessment | | | $20.00 |
| 1/18/2017 | Case Payment | Receipt # 2017-003495-HOJ | NATIONWIDE LEGAL LLC | ($20.00) |

## Documents

(S) COMPLAINT FILED

PROOF OF SERVICE OF NOTICE OF HEARING ON DEMURRER, ETC SERVED ON SEE SERVICE LIST BY OVERNIGHT DELI

MEMORANDUM OF POINTS AND AUTHORITIES FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT IN SUPPOR

APPLICATION BY ANDREW A. CAFFREY, III, ESQ. TO APPEAR AS COUNSEL PRO HAC VICE FOR SIX4THREE, LLC, A

PROPOSED ORDER RECEIVED.

SUPPLEMENTAL DECLARATION OF BASIL P. FTHENAKIS RE PAYMENT OF REQUIRED FEE TO THE STATE BAR OF CA, E

SUPPLEMENTAL DECLARATION OF JULIE E. SCHWARTZ REGARDING CALIFORNIA STATE BAR FEES FOR PRO HAC FILED

STIPULATION AND ORDER EXTENDING TIME TO ANSWER TO F.A.C. SIGNED BY JOSEPH C. SCOTT ON 12/08/15.

(S) DEMURRER TO 1ST AMENDED COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT FILED BY FACEB

REQUEST FOR JUDICIAL NOTICE OF IN SUPPORT OF DEMURRER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FILED

ORDER SUSTAINING DEMURRER TO PLAINTIFF'S FIRST AMENDED COMPLAINT, SIGNED BY JUDGE AYOOB ON 01/27/16

(U) 2ND AMENDED COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT FILED (AMENDED COMPLAINT)

STIPULATION AND ORDER TO RESCHEDULE HEARING ON DEMURRER TO SAC SIGNED BY DONALD J. AYOOB ON 04/21/1

OBJECTION TO REQUEST FOR JUDICIAL NOTICE FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT

MEMORANDUM OF POINTS AND AUTHORITIES FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT IN OPPOSI

CIVIL CASE COVERSHEET RECEIVED

30 DAY SUMMONS, ISSUED AND FILED.

PROOF OF SERVICE (PERSONAL) OF PLAINTIFF'S FIRST SET OF DEMANDS FOR INSPECTION DOCS TO DEFT FACEBOO

CASE MANAGEMENT STATEMENT FILED BY FACEBOOK, INC, A DELAWARE CORPORATION.

PROOF OF SERVICE (BY MAIL) OF CASE MANAGEMENT STATEMENT SERVED ON SEE SERVICE LIST WITH A SERVICE D

CASE MANAGEMENT STATEMENT FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT.

DECLARATION OF BASIL P. FTHENAKIS RE: SERVICE ON THE STATE BAR OF CALIFORNIA AND PAYMENT OF REQ FEE

PROPOSED ORDER RECEIVED.

NOTICE OF HEARINF RE: APPLICATION OF ANDREW A. CAFFREY, I II, ESQ. FOR ADMISSION PRO HAC VICE FILED

PROOF OF SERVICE OF FACEBOOK, INC.'S NOTICE OF HEARING, ETC. SERVED ON SEE LIST BY HAND DELIVERY AN

SUPPLEMENTAL DECLARATION OF BASIL P. FTHENAKIS RE PAYMENT OF REQUIRED FEE TO THE STATE BAR OF CA, E

(S) STIPULATIONTO CONTINUE HEARING ON DEMURRER FILED

PROOF OF SERVICE OF SEE DOCUMENT LIST SERVED ON SEE SERVICE LIST BY OVERNIGHT DELIVERY - FEDEX WITH

ORDER SUSTAINING DEMURRER TO PLAINTIFF'S FIRST AMENDED COMPLAINT, SIGNED BY JUDGE AYOOB ON 01/27/16

FACEBOOK, INC, A DELAWARE CORPORATION'S RESPONSE TO PLTTF'S OBJECTIONS TO REQUEST FOR JUDICIAL NOTI

ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE, SIGNED BY JUDGE ETEZADI ON 10/19/15 FILED.

(L) 1ST AMENDED COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT FILED (AMENDED COMPLAINT)

ORDER GRANTING APPLICATION OF JAMES R. MCCULLAGH TO APPEAR AS COUNSEL, SIGNED BY JUDGE ETEZADI ON 1

DECLARATION OF BASIL P. FTHENAKIS IN SUPPORT OF APPLICATION FOR EX PARTE ORDER EXTENDING FILED BY S

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT FILED BY SIX4THREE, LLC, A DELAWARE LI

NOTICE OF JURY FEE DEPOSIT BY PLAINTIFF FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT.

(S) DEMURRER TO COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT FILED BY FACEBOOK, INC, A

REQUEST FOR JUDICIAL NOTICE OF IN SUPPORT OF DEMURRER TO PLTF'S COMPLAINT FILED BY FACEBOOK, INC, A

NOTICE OF HEARING RE: APPLICATION OF DAVID S. GODKIN, ESQ. FOR ADMISSION PRO HAC VICE FILED BY SIX4

MEMORANDUM OF POINTS AND AUTHORITIES FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT IN SUPPOR

DECLARATION OF BASIL P. FTHENAKIS RE: SERVICE ON THE STATE BAR OF CALIFORNIA AND PAYMENT OF REQ FEE

APPLICATION BY JAMES R. MCCULLAGH TO APPEAR AS COUNSEL PRO HAC VICE FOR FACEBOOK, INC, A DELAWARE C

DECLARATION OF JULIE E. SCHWARTZ IN SUPPORT OF FACEBOOK INC'S REQUEST FOR JUDICIAL NOTICE FILED BY

MEMORANDUM OF POINTS AND AUTHORITIES FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT IN OPPOSI

OBJECTION TO REQUEST FOR JUDICIAL NOTICE FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO 2ND AMND CMPL SIGNED BY JOHN G. SCHWARTZ ON 03/2

(S) DEMURRER TO 2ND AMENDED COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT FILED BY FACEB

REQUEST FOR JUDICIAL NOTICE OF IN SUPPORT OF DEMURRER TO PLTFF'S SECOND AMENDED COMPLAINT FILED BY

DECLARATION OF JULIE E. SCHWARTZ IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE AND, ETC. FILED BY FACEB

EX PARTE APPLICATION ORDER EXTENDING TIME FOR SERVICE OF PROCESS FILED.

DECLARATION OF BASIL P. FTHENAKIS REGARDING NOTICE OF PLAINTIFF'S APPLICATION FOR EX PARTE ORDER FI

MEMORANDUM OF POINTS AND AUTHORITIES FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT IN SUPPOR

ORDER EXTENDING TIME FOR SERVICE OF PROCESS, SIGNED BY JUDGE SCOTT ON 06/09/15 FILED.

PROOF OF SERVICE (QUESTIONABLE SERVICE) OF SUMMONS AND COMPLAINT OF SIX4THREE, LLC, A DELAWARE LIMI

CASE MANAGEMENT CONFERENCE

DECLARATION OF JEREMY E. JORDAN IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE FILED BY FACEBOOK, INC, A

DECLARATION OF JULIE E. SCHWARTZ IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE FILED BY FACEBOOK, INC,

APPLICATION BY DAVID S. GODKIN, ESQ. TO APPEAR AS COUNSEL PRO HAC VICE FOR SIX4THREE, LLC, A DELAWA

PROPOSED ORDER RECEIVED.

NOTICE OF HEARING REGARDING APPLICATION OF JAMES R. MCCULLAGH TO APPEAR AS COUNSEL PRO HAC VICE FIL

MEMORANDUM OF POINTS AND AUTHORITIES FILED BY FACEBOOK, INC, A DELAWARE CORPORATION IN SUPPORT OF N

DECLARATION OF JEREMY E. JORDAN IN SUPPORT OF FACEBOOK INC'S REQUEST FOR JUDICIAL NOTICE FILED BY F

PROOF OF SERVICE OF NOITCE OF HEARING ON DEMURRER, ETC SERVED ON SEE SERVICE LIST BY OVERNIGHT DELI

CAFFREY DECLARATION IN SUPPORT OF PLTFF'S OBJECTION TO REQUEST FOR JUDICIAL NOTICE, FILED.

DEFT FACEBOOK'S REPLY IN SUPPORT OF DEMURRER TO FIRST AMENDED COMPLAINT, FILED.

FACEBOOK, INC, A DELAWARE CORPORATION'S RESPONSE TO PLTFF'S OBJECTIONS TO REQUEST FOR JUDICIAL NOTI

DECLARATION OF JEREMY E. JORDAN IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE FILED BY FACEBOOK, INC, A

PROOF OF SERVICE OF FACEBOOK, INC.'S NOTICE OF HEARING, ETC. SERVED ON SEE LIST BY FEDERAL EXPRESS

DEFT FACEBOOK'S REPLY IN SUPPORT OF DEMURRER TO SECOND AMENDED COMPLAINT, FILED.

PROOF OF SERVICE OF SEE DOCUMENT LIST SERVED ON SEE SERVICE LIST BY FEDERAL EXPRESS WITH A SERVICE

NOTICE WITHDRAWL AND DISCHARGE AS ATTORNEY OF RECORD FILED BY SIX4THREE, LLC, A DELAWARE LIMITED LI

Case Management Statement

CIV Minutes Order

Case Management Statement

CIV Minutes Order

Order ON DEMURRER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

CIV Minutes Order

Answer / Response / Denial - Unlimited

Notice OF RULING

Application to Appear as Counsel Pro Hac Vice OF JAMES E. KRUZER, ESQ.

Notice of Hearing RE: APPLICATION OF JAMES E. KRUZER, ESQ. FOR ADMISSION PRO HAC VICE

Memorandum of Points & Authorities Filed IN SUPPORT OF APPLICATION OF JAMES E. KRUZER, ESQ. FOR ADMI

Declaration OF BASIL P. FTHENAKIS RE; SERVICE ON THE STATE BAR OF CALIFORNIA AND PAYMENT OF REQUIRED

Proposed Order Received RE: ORDER GRANTING APPLICATION OF JAMES E. KRUZER, ESQ. FOR ADMISSION PRO HA

Motion FOR ORDER COMPELLING FURTHER RESPONSES TO DEMAND FOR INSPECTION OF DOCUMENTS, ETC

Memorandum of Points & Authorities Filed IN SUPPORT OF MOTION FOR ORDER COMPELLING FURTHER RESPONSES

Separate Statement OF DEMANDS IN DISPUTE IN SUPPORT OF MOTION FOR ORDER COMPELLING FURTHER RESPONSES

Declaration OF DAVID GODKIN IN SUPPORT OF MOTION FOR ORDER COMPELLING FURTHER RESPONSES, ETC

Stipulation and Order to ADR

Proof of Service by FEDERAL EXPRESS served on SEE SERVICE LIST with a service date of 08/25/16

Opposition filed TO PLTFF'S MOTION TO COMPEL FURTHER RESPONSES TO DEMAND FOR INSPECTION OF DOCUMENTS

Declaration OF JULIE W. SCHWARTZ ISO FACEBOOK'S OPPOSITION TO PLTFF'S MOTION TO COMPEL, ETC.

Separate Statement FACEBOOK'S RESPONSE SEPARATE STATEMENT ISO OPPOSITION TO PLTFF'S MOTION TO COMPEL

Reply IN SUPPORT OF NOTICE OF MOTION FOR ORDER COMPELLING FURTHER RESPONSES TO DEMAND FOR INSPECTION

CIV Minute Order

CIV Minute Order

Motion FOR PROTECTIVE ORDER

Memorandum of Points & Authorities Filed IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

Declaration OF DAVID S. GODKIN ISO OF MOTION FOR PROTECTIVE ORDER

Document LETTER TO JUDGE KARESH IN REGARDS TO PROPOSED ORDER ON MOTION FOR ORDER COMPELLING FURTHER

Order ON MOTION FOR ORDER COMPELLING FURTHER RESPONSES TO DEMAND FOR INSPECTION OF DOCUMENTS, ETC. S

Motion FOR PROTECTIVE ORDER

Declaration OF JULIE E. SCHWARTZ ISO FACEBOOK'S MOTION FOR PROTECTIVE ORDER

Proof of Service by FEDERAL EXPRESS served on SEE SERVICE LIST with a service date of 09/22/16

Stipulation & Order CONTINUING HEARING ON SIX4THREE, LLC'S MOTION FOR PROTECTIVE ORDER signed by JUD

Opposition filed TO PLTFF'S MOTION FOR PROTECTIVE ORDER

Declaration OF JULIE E. SCHWARTZ IN SUPPORT OF FACEBOOK'S OPPOSITION TO PLTFF'S MOTION FOR PROTECTIV

Proof of Service by FEDERAL EXPRESS served on SEE SERVICE LIST with a service date of 09/29/16

Reply TO DEFENDANT FACEBOOK INC'S OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Reply IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

CIV Minute Order

CIV Minute Order

Notice OF APPEARANCE ON BEHALF OF FACEBOOK

Order STIPULATED PROTECTIVE ORDER signed by Judge Karesh 10/24/16

Order After Hearing signed by Judge Karesh 10/24/16 SIX4THREE'S MOTION FOR PROTECTIVE ORDER AND FAC

Opposition filed TO DEFENDANT FACEBOOK INC'S EX PARTE APPLICATION

Order GRANTING DEFT FACEBOOK INC'S EX PARTE APPLICATION TO CONTINUE OCTOBER 31 DOCUMENTS PRODUCTION

Order GRANTING DEFT FACEBOOK INC'S EX PARTE APPLICATION TO CONTINUE TRIAL SIGNED BY JUDGE GRANDSAERT

Ex Parte Filed APPLICATION TO CONTINUE OCTOBER 31 DOCUMENT PRODUCTION DEADLINE AND REMAINING CASE DE

Notice of Mandatory Settlement Conference and Jury Trial

Motion FOR A PROTECTIVE ORDER

Separate Statement IN SUPPORT OF DEFT FACEBOOK, INC'S MOTION FOR PROTECTIVE ORDER

Notice OF APPEARANCE OF CATHERINE KIM ON BEHLAF OF FACEBOOK

Motion FOR ORDER TO COMPEL FURTHER RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES

Memorandum of Points & Authorities Filed IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO PLAINTI

Separate Statement OF ANSWERS TO PLAINTIFF'S SPECIALLY PREPARED INTERROGATORIES IN DISPUTE

Declaration OF DAVID S. GODKIN IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFF'S SPECI

Motion FOR ORDER TO COMPEL FURTHER RESPONSES TO DEMAND FOR INSPECTION OF DOCUMENTS (SET TWO)

Memorandum of Points & Authorities Filed IN SUPPORT OF MOTION FOR ORDER TO COMPEL FURTHER RESPONSES

Separate Statement OF DEMANDS IN DISPUTE (SET TWO)

Declaration OF DAVID S. GODKIN IN SUPPORT OF MOTION FOR ORDER COMPELLING FURTHER RESPONSES TO DEMAND

Motion TO COMPEL

Notice of Lodging OF DOCUMENTS WITH THE COURT CONDITIONALLY UNDER SEAL

Separate Statement of Facts in SUPPORT OF ITS MOTION TO COMPEL

Declaration OF LAURA E MILLER IN SUPPORT OF DEFT FACEBOOK INC'S MOTION TO COMPEL

Memorandum of Points & Authorities Filed IN SUPPORT OF ITS MOTION TO COMPEL

Proof of Service by MESSENGER SERVICE OF DEFT FACEBOOK, INC'S NOTICE OF MOT/MOT TO COMPEL; MEMO P&A;

Opposition filed TO DEFT FACEBOOK INC MOTION FOR A PROTECTIVE ORDER; ETC

Opposition filed TO PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO SPECIALLY PREPARED INTERROGATO

Response SEPARATE STATEMENT IN SUPPORT OF OPPOSITION TO PLTF'S MOTION TO COMPEL FURTHER RESPONSES TO

Declaration OF CATHERINE Y KIM IN SUPPORT OF FACEBOOK, INC'S OPPOSITION TO PLTF'S MOTION TO COMPEL F

Proof of Service by MAIL of FACEBOOK, INC.'S OPPOSITION TO PLTF'S MOTION TO COMPEL FURTHER RESPONSES

Opposition filed TO DEFT FACEBOOK INC'S MOTION FOR A PROTECTIVE ORDER LIMITING PRODUCTION RESPONSIVE

Opposition filed FACEBOOK, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO DE

Response FACEBOOK, INC.'S RESPONSE SEPARATE STATEMENT IN SUPPORT OF OPPOSITION TO PLTF'S MOTION TO C

Proof of Service by MAIL of FACEBOOK, INC.'S OPPOSITION TO PLTF'S MOTION TO COMPEL FURTHER RESPONSES

Declaration of CATHERINE Y KIM IN SUPPORT OF FACEBOOK, INC.'S OPPOSITION TO PLTF'S MOTION TO COMPEL

Reply DEFENDANT FACEBOOK, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER LI

Declaration OF LAURA E MILLER IN SUPPORT OF FACEBOOK, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTI

Reply IN SUPPORT OF NOTICE OF MOTION FOR ORDER COMPELLING FURTHER RESPONSES TO SPECIALLY PREPARED IN

Reply BY PLAINTIFF IN SUPPORT OF NOTICE OF MOTION FOR ORDER COMPELLING FURTHER RESPONSES TO DEMAND F

CIV Minute Order

CIV Minute Order

Ex Parte Filed PLTF SEX4THREE'S EX PARTE APPLICATION

Memorandum of Points & Authorities Filed IN SUPPORT OF PLTF'S EX PARTE APPLICATION

Declaration OF JAMES E KRUZER IN SUPPORT OF PLTF'S EX PARTE APPLICATION

Order Signed by Judge Karesh DENYING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE DEFT FACEBOOK, INC

Opposition filed DEFENDANT'S OPPOSITION TO PLAINTIFF'S EX PARTE MOTION

Substitution of Attorney as to Former Attorney: JULIE SCHWARTZ New Attorney: SONAL MEHTA

CIV Minute Order

Opposition filed TO DEFT FACEBOOK INC'S NOTICE OF MOTION TO COMPEL

CIV Minute Order

Notice of Lodging OF DOCUMENTS WITH THE COURT CONDITIONALLY UNDER SEAL

Reply DECLARATION OF LAURA E MILLER IN SUPPORT OF DEFT FACEBOOK, INC'S MOTION TO COMPEL

Reply MEMORANDUM OF POINTS AND AUTHORITIES OF DEFT FACEBOOK, INC'S IN SUPPORT OF ITS MOTION TO COMPE

Reply UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE LODGED UNDER SEALED

Reply UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE LODGED UNDER SEALED

CIV Minute Order

Order After Hearing Signed by Judge Karesh 12/12/16 GRANTING IN PART AND DENYING IN PART DEFT FACEBO

CIV Minute Order

Stipulation & Order Signed by: Judge DuBois on: 01/09/17 to ENTEND TIME TO RESPOND

Stipulation FOR ELECTRONIC SERVICE OF DOCUMENTS AND NOTICE

Stipulation & Order Signed by: JUDGE DUBOIS on: 01/18/17 TO EXTEND TIME TO RESPOND

Document DEFENDANT FACEBOOK, INC.'S DISCOVERY SUBMISSION

Declaration in Support OF DEFENDANT FACEBOOK,INC.'S DISCOVERY SUBMISSION

Document DISCOVERY PROPOSAL PURSUANT TO COURT'S DECEMBER 13, 2016 ORDER (REDACTED PUBLIC VERSION)

Declaration in Support OF 643'S DISCOVERY PROPOSAL PURSUANT TO COURT'S ORDER, AND FOR SANCTIONS

Notice OF LODGING DOCUMENTS WITH THE COURT CONDITIONALLY UNDER SEAL PURSUANT TO C.R.C. 2.551(B)(3)