DURIE TANGRI LLP
SONAL N. MEHTA (SBN 222086)
smehta@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
CATHERINE Y. KIM (SBN 308442)
ckim@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendant
Facebook, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIX4THREE, LLC, | Case No. 3:17-cv-00359 |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| FACEBOOK, INC., | |
| Defendant. | |

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is 217 Leidesdorff Street, San Francisco, CA 94111.

On January 24, 2017, I served the following documents in the manner described below:

- **CIVIL COVER SHEET;**
- **NOTICE OF REMOVAL OF ACTION: UNDER 28 U.S.C. § 1441(A) (FEDERAL QUESTION);**
- **PROOF OF SERVICE**

[X] BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through Durie Tangri's electronic mail system from msotto@durietangri.com to the email addresses set forth below.

On the following part(ies) in this action:

Basil P. Fthenakis
CRITERION LAW
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303
Telephone: 650-352-8400
Facsimile: 650-352-8408
bpf@criterionlaw.com

David S. Godkin
James Kruzer
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
Telephone: 617-307-6100
godkin@birnbaumgodkin.com
kruzer@birnbaumgodkin.com

*Attorneys for Plaintiff*
*Six4Three, LLC*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 24, 2017, at San Francisco, California.

*/s/ Melissa Sotto*
Melissa Sotto