Basil P. Fthenakis, Esq. (88399)
CRITERION LAW
2225 E. Bayshore Road, Suite 200
Palo Alto, California  94303
Tel. (650) 352-8400
Fax. (650) 352-8408
bpf@criterionlaw.com

David S. Godkin
James E. Kruzer
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
(617) 307-6100
godkin@birnbaumgodkin.com
kruzer@birnbaumgodkin.com

Attorneys for Plaintiff,
SIX4THREE, LLC, a Delaware
limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIX4THREE, LLC, a Delaware limited liability company, | Case No. 3:17-cv-00359-WHA |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF BASIL P. FTHENAKIS AS COUNSEL FOR PLAINTIFF SIX4THREE, LLC** |
| FACEBOOK, INC., a Delaware corporation, | |
| MEDIA TEMPLE INC., a Delaware corporation, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  I, BASIL P. FTHENAKIS, of Criterion Law, hereby enters my appearance as counsel for Plaintiff Six4Three, LLC in this matter.  I am a member of the State Bar of California and am admitted to practice in Northern District of California.  My address and telephone number are as follows:

  Basil P. Fthenakis
  Criterion Law
  2225 E. Bayshore Road
  Suite 200
  Palo Alto CA 94303
  (650) 352-8400

  Please serve said counsel with all pleadings and notices in this action.

DATED:  January 25, 2017      CRITERION LAW

                BIRNBAUM & GODKIN LLP

                By: */s/ Basil P. Fthenakis*
                   Basil P. Fthenakis, Esq.
                   David S. Godkin, Esq.
                   James E. Kruzer, Esq.
                   Attorneys for Plaintiff
                   Six4Three, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury under the laws of the State of California, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>   Sonal N. Mehta
>   Laura E. Miller
>   Catherine Y. Kim
>   Durie Tangri LLP
>   217 Leidesdorff Street
>   San Francisco, CA 94111

DATED: January 25, 2017

>                                        By:    */s/ Basil P. Fthenakis*
>                                                Basil P. Fthenakis