DURIE TANGRI LLP
SONAL N. MEHTA (SBN 222086)
smehta@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
CATHERINE Y. KIM (SBN 308442)
ckim@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendant
Facebook, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIX4THREE, LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>FACEBOOK, INC.,<br><br>               Defendant. | Case No. 3:17-cv-00359-WHA<br><br>**NOTICE OF APPEARANCE FOR SONAL N. MEHTA ON BEHALF OF DEFENDANT FACEBOOK, INC.**<br><br>Ctrm:    8, 19th Floor<br>Judge:   Honorable William Alsup |

PLEASE TAKE NOTICE that the undersigned of the law office of Durie Tangri LLP enters this Notice of Appearance for Sonal N. Mehta in the above-referenced action as counsel for Defendant Facebook, Inc. and hereby requests that all briefs, motions, orders, correspondence and other papers be served as follows:

DURIE TANGRI LLP  
SONAL N. MEHTA (SBN 222086)  
217 Leidesdorff Street  
San Francisco, CA 94111  
Email: smehta@durietangri.com

Dated:  January 25, 2017                    DURIE TANGRI LLP

By:  */s/ Sonal N. Mehta*  
SONAL N. MEHTA

Attorneys for Defendant  
Facebook, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Sonal N. Mehta*
SONAL N. MEHTA