DURIE TANGRI LLP
SONAL N. MEHTA (SBN 222086)
smehta@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
CATHERINE Y. KIM (SBN 308442)
ckim@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendant
Facebook, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIX4THREE, LLC, | Case No. 3:17-cv-00359-WHA |
| Plaintiff, | **NOTICE OF APPEARANCE FOR CATHERINE Y. KIM ON BEHALF OF DEFENDANT FACEBOOK, INC.** |
| v. | |
| FACEBOOK, INC., | Ctrm:   8, 19th Floor |
| Defendant. | Judge:   Honorable William Alsup |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

     PLEASE TAKE NOTICE that the undersigned of the law office of Durie Tangri LLP enters this Notice of Appearance for Catherine Y. Kim in the above-referenced action as counsel for Defendant Facebook, Inc. and hereby requests that all briefs, motions, orders, correspondence and other papers be served as follows:

DURIE TANGRI LLP
CATHERINE Y. KIM (SBN 308442)
217 Leidesdorff Street
San Francisco, CA 94111
Email: ckim@durietangri.com

Dated:  January 25, 2017                            DURIE TANGRI LLP


By:  _____ */s/ Catherine Y. Kim*
                                        CATHERINE Y. KIM

                                 Attorney for Defendant
                                 Facebook, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 25, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Catherine Y. Kim*
CATHERINE Y. KIM

NOTICE OF APPEARANCE FOR CATHERINE Y. KIM
ON BEHALF OF DEFENDANT FACEBOOK, INC. / CASE NO. 3:17-CV-00359-WHA