UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIX4THREE, LLC,

Plaintiff(s),

v.

FACEBOOK, INC.

Defendant(s).

Case No: 3:17-cv-00359-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, David S. Godkin, an active member in good standing of the bar of Mass. Supreme Judicial Ct, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Six4Three, LLC in the above-entitled action. My local co-counsel in this case is Basil P. Fthenakis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Birnbaum & Godkin, LLP 280 Summer Street, Boston, MA 02210 | Criterion Law, 2225 E. Bayshore Road, Suite 200, Palo Alto, CA 994303 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (617) 307-6100 | (650) 352-8400 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| godkin@birnbaumgodkin.com | bpf@criterionlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 196530.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/25/17

David S. Godkin
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of David S. Godkin is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 26, 2017.

UNITED STATES DISTRICT/MAGISTRATE JUDGE