DURIE TANGRI LLP
SONAL N. MEHTA (SBN 222086)
smehta@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
CATHERINE Y. KIM (SBN 308442)
ckim@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendant
Facebook, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIX4THREE, LLC,<br><br>                              Plaintiff,<br><br>       v.<br><br>FACEBOOK, INC.,<br><br>                              Defendant. | Case No. 3:17-cv-00359-WHA<br><br>**DEFENDANT FACEBOOK, INC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15**<br><br>Ctrm:   8, 19th Floor<br>Judge:  Honorable William Alsup |

Pursuant to Civil L.R. 3-15, the undersigned counsel for Defendant Facebook, Inc. certifies that, based on statements and testimony by individuals associated with Plaintiff Six4Three, LLC, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities may (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(1) Tom Scaramellino, owner of Six4Three, LLC;

(2) Ted Kramer, member of Six4Three, LLC; and

(3) Timothy Gildea, may have an interest in Six4Three, LLC.

The undersigned further certifies that as of this date, other than the named parties and entities listed above, there is no other such interest to report.

Dated:  January 27, 2017				DURIE TANGRI LLP

						By:	*/s/ Laura E. Miller*
							LAURA E. MILLER

							Attorneys for Defendant
							Facebook, Inc.

---

1

DEFENDANT FACEBOOK, INC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
PURSUANT TO LOCAL RULE 3-15 / CASE NO. 3:17-CV-00359-WHA

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Laura E. Miller*
LAURA E. MILLER
