Basil P. Fthenakis, Esq. (88399)
CRITERION LAW
2225 E. Bayshore Road, Suite 200
Palo Alto, California 94303
Tel. (650) 352-8400
Fax. (650) 352-8408
bpf@criterionlaw.com

Of counsel:

David S. Godkin (Admitted *pro hac vice)*
James E. Kruzer (Admitted *pro hac vice)*
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
(617) 307-6100
godkin@birnbaumgodkin.com
kruzer@birnbaumgodkin.com

Attorneys for Plaintiff,
SIX4THREE, LLC, a Delaware
limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIX4THREE, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation, and DOES 1 through 50, inclusive<br><br>　　　　Defendants. | Case No. 3:17-cv-00359-WHA<br><br>DECLARATION OF DAVID GODKIN IN SUPPORT OF MOTION TO REMAND |

I, David Godkin, declare:

1. I am a partner in the law firm Birnbaum & Godkin, LLP and am counsel for six4three, LLC ("643") in the above-captioned action. I have been admitted *pro hac vice* in this case.

2. I submit this Declaration in satisfaction of Civil L.R. 7-2 and 7-5.

3. A true and correct copy of 643's Second Amended Complaint in the California Superior Court, County of San Mateo, is attached as Exhibit 1.

4. A true and correct copy of the Order on Demurrer in the California Superior Court, County of San Mateo is attached as Exhibit 2.

5. A true and correct copy of 643's Response to Defendant's Specially Prepared Interrogatories (Set Two) is attached as Exhibit 3.

6. A true and correct copy of the Notice of Removal received on January 24, 2017 is attached as Exhibit 4.

7. A true and correct copy of my email to Facebook's counsel responding to the Notice of Removal is attached as Exhibit 5.

8. A true and correct copy of Facebook counsel's email to me regarding 643's interrogatory response is attached as Exhibit 6.

9. I declare the foregoing to be true and correct as of the date listed immediately below.

DATED:  January 27, 2017

By:   */s/ David S. Godkin*
David S. Godkin
Attorney for six4three, LLC

# CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury under the laws of the State of California, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sonal N. Mehta
Laura E. Miller
Catherine Y. Kim
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111

DATED: January 27, 2017

By:   */s/ David S. Godkin*
David S. Godkin