Basil P. Fthenakis, Esq. (88399)
CRITERION LAW
2225 E. Bayshore Road, Suite 200
Palo Alto, California 94303
Tel. (650) 352-8400
Fax. (650) 352-8408
bpf@criterionlaw.com

Of counsel:

David S. Godkin
James E. Kruzer
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
(617) 307-6100
godkin@birnbaumgodkin.com (admitted pro hac vice)
kruzer@birnbaumgodkin.com (admitted pro hac vice)

Attorneys for Plaintiff,
SIX4THREE, LLC, a Delaware
limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIX4THREE, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation, and DOES 1 through 50, inclusive<br><br>    Defendants. | Case No. 3:17-cv-00359-WHA<br><br>STIPULATION TO SHORTEN TIME FOR MOTION TO REMAND BRIEFING AND HEARING |

Plaintiff Six4Three, LLC ("643") and Defendant Facebook, Inc., ("Facebook") hereby stipulate to the following briefing and hearing schedule with respect to 643's Motion to Remand.

**Briefing Schedule and Hearing**:

- 643 to file its Motion to Remand on Friday, January 27. 2017.
- Facebook's Opposition to the Motion to Remand to be filed by 12 noon PT on Monday, February 6, 2017.
- 643's Reply to Facebook's Opposition to be filed on Thursday, February 9, 2017.
- Hearing to be held at 8:00 a.m. on Thursday, February 16, 2017.

The declaration of 643's counsel, Basil P. Fthenakis, Esq.is filed in connection with this stipulation.  There have been no previous time modifications in this case.  The shortening of time will have no effect the scheduling of this case, which was removed to federal court on January 24, 2017.

Dated: January 27, 2017

CRITERION LAW

BIRNBAUM & GODKIN, LLP

By: */s/ David S. Godkin*
    Basil P. Fthenakis, Esq.
    David S. Godkin (admitted *pro hac vice*)
    James E. Kruzer (admitted *pro hac vice*)
    Attorneys for Plaintiff
    Six4Three, LLC

DURIE TANGRI LLP

By: */s/ Laura E. Miller*
    LAURA E. MILLER
    Attorneys for Defendant
    Facebook, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies, under penalty of perjury under the laws of the State of California, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Sonal N. Mehta
    Laura E. Miller
    Catherine Y. Kim
    Durie Tangri LLP
    217 Leidesdorff Street
    San Francisco, CA 94111

DATED: January 27, 2017

By: */s/ David S. Godkin*
    David S. Godkin