Basil P. Fthenakis, Esq. (88399)
CRITERION LAW
2225 E. Bayshore Road, Suite 200
Palo Alto, California  94303
Tel. (650) 352-8400
Fax. (650) 352-8408
bpf@criterionlaw.com

Of counsel:

David S. Godkin (admitted pro hac vice)
James E. Kruzer (admitted pro hac vice)
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
Tel: (617) 307-6100
Fax: (617) 307-6101
godkin@birnbaumgodkin.com
kruzer@birnbaumgodkin.com

Attorneys for Plaintiff,
SIX4THREE, LLC, a Delaware
limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIX4THREE, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation, and DOES 1 through 50, inclusive<br><br>    Defendants. | Case No. 3:17-cv-00359-WHA<br><br>DECLARATION OF DAVID S. GODKIN IN SUPPORT OF STIPULATION TO SHORTEN TIME FOR MOTION TO REMAND |

I, David S. Godkin, declare:

1. I am a partner in the law firm Birnbaum & Godkin, LLP, and counsel for Six4Three, LLC ("643") in the above-captioned action. I have been admitted to practice *pro hac vice* in this matter.

2. I submit this Declaration in satisfaction of Civil L.R. 6-2.

3. The basis for the stipulation to shorten the time for briefing and hearing 643's motion to remand is that the Superior Court case that was removed to this Court by Defendant Facebook, Inc. was set for trial on May 15, 2017. 643 believes that it is important to adjudicate the motion to remand promptly because if 643 is successful in seeking to remand this case, it intends to move the Superior Court to maintain the case on the trial schedule for May 15, 2017. This case was originally filed in the Superior Court, San Mateo County on April 10, 2015. Following several demurrers filed by Facebook, the Superior Court allowed the case to proceed and a trial date was set. The original trial date was postponed over 643's objection when Facebook changed counsel, and the Superior Court assigned the May 15, 2017 date. 643 has limited resources, and indeed was put out of business by Facebook's conduct that is complained of in this case, and believes that Facebook has engaged in delay tactics, including the instant removal petition, in order to impede 643's efforts to resolve its claims as soon as possible. 643 therefore sought a stipulation to shorten the time for briefing and hearing on its motion to remand so that, if successful, it can petition the Superior Court to maintain the May 15, 2017 trial date.

4. Facebook has advised that its position is as follows: Facebook disagrees with Six4Three's characterizations of the state court proceeding and parties' conduct, which it believes are belied by the record of the state court proceeding. Facebook has agreed to Six4Three's request for a shortened schedule as a compromise.

5. There have been no prior extensions or modifications of time in this case. The matter was removed to federal court on January 24, 2017. There will be no effect on the preexisting scheduling of this case by permitting the parties to proceed on the agreed-upon dates.

6. I declare the foregoing to be true and correct as of the date listed immediately below.

DATED: January 27, 2017

By: */s/ David S. Godkin*
David S. Godkin
Attorney for Six4Three, LLC

### CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury under the laws of the State of California, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Sonal N. Mehta
> Laura E. Miller
> Catherine Y. Kim
> Durie Tangri LLP
> 217 Leidesdorff Street
> San Francisco, CA 94111

DATED: January 27, 2017

By:   */s/ David S. Godkin*
       David S. Godkin