Basil P. Fthenakis, Esq. (88399)
CRITERION LAW
2225 E. Bayshore Road, Suite 200
Palo Alto, California 94303
Tel. (650) 352-8400
Fax. (650) 352-8408
bpf@criterionlaw.com

David S. Godkin (admitted *pro hac vice*)
James E. Kruzer (admitted *pro hac vice*)
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
Tel: (617) 307-6100
Fax: (617) 307-6101
godkin@birnbaumgodkin.com
kruzer@birnbaumgodkin.com

Attorneys for Plaintiff,
SIX4THREE, LLC, a Delaware
limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIX4THREE, LLC, a Delaware limited liability company,<br><br>     Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation, and DOES 1 through 50, inclusive<br><br>     Defendants. | Case No. 3:17-cv-00359-WHA<br><br>[PROPOSED] ORDER REMANDING CASE TO STATE COURT |

1
2    THIS MATTER comes before the Court on Plaintiff Six4Three, LLC's motion to
3    remand. Having reviewed the papers filed in support of and in opposition to this motion, heard
4    oral argument, and being fully advised, the Court finds that the above-captioned case should be
5    remanded to the Superior Court of California, County of San Mateo because there is no basis for
6    federal court jurisdiction in this matter.  Therefore, the motion to remand is GRANTED.  This
7    Court further finds that Plaintiffs Six4Three, LLC is entitled to its expenses, including its
8    attorneys' fees, which it incurred in filing the motion to remand.  Counsel for Plaintiff
9    Six4Three, LLC will submit support for its expenses to the Court within fourteen days of this
10   Order.
11
12
13
     DATED: _____, 2017
14                                                         By: _____
15
16
17
18
19
20
21
22
23
24
25
26
27
28
     Case No.  3:17-cv-00359-WHA            PROPOSED ORDER

1