IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SIX4THREE, LLC, a Delaware limited liability company,

    Plaintiff,

  v.

FACEBOOK, INC., a Delaware corporation, and DOES 1 through 50, inclusive,

    Defendant.

No. C 17-00359 WHA

**ORDER GRANTING REQUEST TO SHORTEN TIME FOR MOTION TO REMAND BRIEFING AND HEARING**

Plaintiff moves to remand this action to state court, where the action was set for trial on May 15, 2017. (The action has been pending since May 2015.) If the action is remanded, plaintiff will seek to maintain the trial schedule. Both sides have stipulated to shorten the time for briefing and hearing this motion. Pursuant to Civil L.R. 6-1(b), a court order is necessary to alter a deadline "that involves papers required to be filed or lodged with the Court . . . ." The parties did not seek an order as required by the local rules. Nevertheless, the parties' request for a shortened schedule is **GRANTED**, subject to the modification that any reply brief shall be due by **NOON ON FEBRUARY 9, 2017**.

    **IT IS SO ORDERED.**

Dated: January 30, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE