Basil P. Fthenakis, Esq. (88399)
CRITERION LAW
2225 E. Bayshore Road, Suite 200
Palo Alto, California 94303
Tel. (650) 352-8400
Fax. (650) 352-8408

Of counsel:

David S. Godkin (admitted *pro hac vice*)
James Kruzer (admitted *pro hac vice*)
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
Tel: (617) 307-6100
Fax: (617) 307-6101
godkin@birnbaumgodkin.com
kruzer@birnbaumgodkin.com

Attorneys for Plaintiff,
SIX4THREE, LLC, a Delaware
limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIX4THREE, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation and DOES 1 through 50, inclusive<br><br>    Defendants. | Case No. 3:17-cv-00359-WHA<br><br>**PLAINTIFF SIX4THREE, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15**<br><br>Ctrm: 8, 19th Floor<br>Judge: Honorable William H. Alsup |

Pursuant to Civil L.R. 3-15, the undersigned counsel for Plaintiff Six4Three, LLC certifies that, based on production of documents from Defendant Facebook, Inc., the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities may (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding[1]:

(1) Mark Zuckerberg, Chief Executive Officer of Facebook, Inc.

(2) Christopher Cox, Chief Product Officer of Facebook, Inc.

(3) Samuel Lessin, former VP Product of Facebook, Inc.

(4) Javier Olivan, VP of Growth of Facebook, Inc.

(5) Michael Vernal, former VP Engineering of Facebook, Inc.

(6) Ilya Sukhar, former Head of Developer Products of Facebook, Inc.

(7) Theodore Kramer, Manager and Unitholder of Six4Three, LLC

(8) Timothy Gildea, Unitholder of Six4Three, LLC

(9) #2 LLC, Unitholder of Six4Three, LLC

Dated: January 31, 2017

CRITERION LAW

BIRNBAUM & GODKIN, LLP

By: */s/ David S. Godkin*
    Basil P. Fthenakis
    David S. Godkin (admitted *pro hac vice*)
    James E. Kruzer (admitted *pro hac vice*)
    Attorneys for Plaintiff
    Six4Three, LLC

---

[1] Contrary to representations made by Facebook in its Certification of Interested Parties, Mr. Scaramellino does not hold any of the outstanding units of ownership interests in Six4Three, LLC. Mr. Scaramellino is an advisor and legal consultant to Six4Three, LLC.

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies, under penalty of perjury under the laws of the State of California, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Sonal N. Mehta
    Laura E. Miller
    Catherine Y. Kim
    Durie Tangri LLP
    217 Leidesdorff Street
    San Francisco, CA 94111
    SMehta@durietangri.com
    LMiller@durietangri.com
    CKim@durietangri.com

Attorneys for Defendant Facebook, Inc.

DATED: January 31, 2017

                                                  By:   */s/ James E. Kruzer*
                                                           James E. Kruzer