DURIE TANGRI LLP
SONAL N. MEHTA (SBN 222086)
smehta@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
CATHERINE Y. KIM (SBN 308442)
ckim@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:  415-362-6666
Facsimile:   415-236-6300

Attorneys for Defendant
Facebook, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIX4THREE, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>FACEBOOK, INC.,<br><br>　　　　　　　　Defendant. | Case No. 3:17-cv-00359-WHA<br><br>**DECLARATION OF SONAL N. MEHTA IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S OPPOSITION TO PLAINTIFF SIX4THREE, LLC'S MOTION TO REMAND**<br><br>Date:　February 16, 2017<br>Time:　8:00 a.m.<br>Ctrm:　8, 19th Floor<br>Judge:　Honorable William Alsup |

I, Sonal N. Mehta, declare as follows:

1. I am an attorney with the law firm Durie Tangri LLP, counsel for Defendant Facebook, Inc. ("Facebook") in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would testify to the statements made herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from Plaintiff Six4Three, LLC's Verified Third Supplemental Response to Defendant Facebook, Inc.'s Special Interrogatories, served on December 27, 2016.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Complaint for Declaratory Judgment and Injunctive Relief of Plaintiff, Six4Three, LLC, Case No. 3:16-cv-06716-JCS (N.D. Cal.), filed on November 21, 2016.

4. Attached hereto as **Exhibit 3** is a true and correct copy of email correspondence from Facebook's Counsel to Six4Three, LLC's Counsel, dated January 20, 2017. Six4Three did not respond to this email.

5. In litigating this case in state court, Facebook filed demurrers to Six4Three's original complaint, First Amended Complaint, and Second Amended Complaint; engaged in written discovery and document production, including producing more than 800,000 pages of documents; took the depositions of two Six4Three witnesses; and was prepared to move for summary judgment.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on February 6, 2017 in San Francisco, California.

*/s/ Sonal. N. Mehta*
SONAL N. MEHTA

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Sonal N. Mehta*
SONAL N. MEHTA