# EXHIBIT 3

| | |
|---|---|
| **From:** | Sonal Mehta |
| **Sent:** | Friday, January 20, 2017 5:15 PM |
| **To:** | David Godkin; James Kruzer; bpf@criterionlaw.com |
| **Cc:** | SERVICE-SIX4THREE |
| **Subject:** | Six4Three, LLC v. Facebook, Inc., Case No. CIV533328 |

Counsel,

We have reviewed Plaintiff Six4Three LLC's January 12, 2017 Response To Defendant Facebook Inc.'s Specially Prepared Interrogatories (Set Two) seeking the basis for Six4Three's contentions with respect to the predicates for Section 17200.  In its responses, Six4Three identifies a variety of state and federal laws that it contends that Facebook has violated, a number of which are facially inapplicable and for which we do not believe Six4Three could even assert a claim in good faith.  Before we take action with the court, we ask that Six4Three review its contentions with respect to the underlying state and federal laws referenced in these interrogatory responses and let us know by 5 pm ET on Monday which of the predicate laws listed in the interrogatory responses Six4Three intends to pursue as a basis for its unlawfulness claim. If we do not hear from you by then, we will understand that Six4Three maintains its contentions that Facebook has violated the all of the laws identified therein and plans to assert those laws as a basis for its unlawfulness claim in the case going forward, including to oppose summary judgment and thereafter, and we will proceed accordingly.

Best,

Sonal N. Mehta | Durie Tangri LLP | smehta@durietangri.com | (415) 376-6427