IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SIX4THREE, LLC,

    Plaintiff,

v.

FACEBOOK, INC., and DOES 1 through 50, inclusive,

    Defendant.
    /

No. C 17-00359 WHA

**NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS**

    Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners.  The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motion to remand.

Dated:  February 7, 2017.

                         WILLIAM ALSUP
                         UNITED STATES DISTRICT JUDGE

G:\WHAALL\2017Civ\17-00359 643\NoticeYA(Remand).wpd