Basil P. Fthenakis, Esq. (88399)
CRITERION LAW
2225 E. Bayshore Road, Suite 200
Palo Alto, California  94303
Tel. (650) 352-8400
Fax. (650) 352-8408

Of counsel:

David S. Godkin (Admitted *pro hac vice*)
James E. Kruzer (Admitted *pro hac vice*)
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
Tel: (617) 307-6100
Fax: (617) 307-6101
godkin@birnbaumgodkin.com
kruzer@birnbaumgodkin.com

Attorneys for Plaintiff,
SIX4THREE, LLC, a Delaware
limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIX4THREE, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., a Delaware corporation and DOES 1 through 50, inclusive <br><br> Defendants. | Case No. 3:17-cv-00359-WHA <br><br> ADMINISTRATIVE MOTION TO FILE UNDER SEAL <br><br> Date: February 16, 2017 <br> Time: 8:00AM <br> Ctrm: 8 <br> Judge: Honorable William H. Alsup |

1  Pursuant to Local Rules 7-11 and 79-5, plaintiff Six4Three LLC ("643") hereby
2  respectfully moves the Court for an Order sealing Exhibits 3 through 19 of the Declaration of
3  David S. Godkin in Support of Plaintiff's Reply to Defendant's Opposition to Plaintiff's
4  Motion to Remand and portions of the reply memorandum referring to these exhibits.

Exhibits 4 through 19 are emails that Defendant Facebook, Inc. ("Facebook") has designated "Confidential" pursuant to the Section 2 of the Protective Order entered into in the state court case by Judge Jonathan Karesh of the San Mateo Superior Court on October 25, 2016.  Exhibit 3 is a letter from 643's counsel to Facebook's counsel on January 10, 2017 summarizing 643's review of discovery to date and summarizing the basis for its Motion to Compel production of documents in the custody of key Facebook executives.  Exhibit 3 references portions of and characterizes documents that Facebook designated "Confidential" under the Protective Order.

For the foregoing reasons, the Court should grant this motion and enter the [Proposed] Order sealing Exhibits 3 through 19 of the Declaration of David S. Godkin in Support of Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion to Remand and portions of the reply memorandum referring to these exhibits.

Dated: February 9, 2017            CRITERION LAW

BIRNBAUM & GODKIN, LLP

By:   */s/ David S. Godkin*
      Basil P. Fthenakis
      David S. Godkin
      James E. Kruzer
      Attorneys for Plaintiff
      Six4Three, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury under the laws of the State of California, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Sonal N. Mehta
    Laura E. Miller
    Catherine Y. Kim
    Durie Tangri LLP
    217 Leidesdorff Street
    San Francisco, CA 94111
    SMehta@durietangri.com
    LMiller@durietangri.com
    CKim@durietangri.com

DATED: February 9, 2017

                                        By:    */s/ David S. Godkin*
                                                   David S. Godkin