Basil P. Fthenakis, Esq. (88399)
CRITERION LAW
2225 E. Bayshore Road, Suite 200
Palo Alto, California  94303
Tel. (650) 352-8400
Fax. (650) 352-8408

Of counsel:

David S. Godkin (Admitted *pro hac vice*)
James E. Kruzer (Admitted *pro hac vice*)
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
Tel: (617) 307-6100
Fax: (617) 307-6101
godkin@birnbaumgodkin.com
kruzer@birnbaumgodkin.com

Attorneys for Plaintiff,
SIX4THREE, LLC, a Delaware
limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIX4THREE, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation and DOES 1 through 50, inclusive<br><br>    Defendants. | Case No. 3:17-cv-00359-WHA<br><br>DECLARATION OF DAVID S. GODKIN IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>Date: February 16, 2017<br>Time: 8:00AM<br>Ctrm: 8<br>Judge: Honorable William H. Alsup |

I, David S. Godkin, declare:

1. I am a partner in the law firm Birnbaum & Godkin, LLP and am counsel for Six4Three, LLC ("643") in the above-captioned action. I have been admitted *pro hac vice* in this case.

2. I submit this Declaration in support of plaintiff's Administrative Motion to File Under Seal

3. 643 moves to file under seal Exhibits 3 through 19 of the Declaration of David S. Godkin in Support of Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion to Remand and portions of the reply memorandum referring to these exhibits. Exhibits 4 through 19 are emails that Defendant Facebook, Inc. ("Facebook") has designated "Confidential" pursuant to the Section 2 of the Protective Order entered into in the state court case by Judge Jonathan Karesh of the San Mateo Superior Court on October 25, 2016. This Protective Order is attached hereto as Exhibit 1. Exhibit 3 is a letter from 643's counsel to Facebook's Counsel on January 10, 2017 summarizing 643's review of discovery to date and summarizing the basis for its Motion to Compel production of documents in the custody of key Facebook executives. Exhibit 4 relies on selections of and characterizes documents that Facebook designated "Confidential" under the Protective Order.

4. 643 sought Facebook's assent to file these documents under seal and obtain a stipulation to this effect by emailing all counsel of record for Facebook on February 8, 2017 with copies of documents attached to the email. In view of today's filing deadline for 643's Reply papers, 643 asked Facebook to respond by 6:00 pm PST on February 8, 2017. Facebook's counsel responded on February 9, 2017 that Facebook "will file a responsive declaration to 643's motion to seal as appropriate under L.R. 79-5(e)." Facebook's counsel did not directly respond to 643s request to stipulate to filing the document under seal.

5.  I declare the foregoing to be true and correct as of the date listed immediately below.

DATED:  February 9, 2017

By: */s/ David S. Godkin*
David S. Godkin
Attorney for Six4three, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury under the laws of the State of California, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sonal N. Mehta
Laura E. Miller
Catherine Y. Kim
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
SMehta@durietangri.com
LMiller@durietangri.com
CKim@durietangri.com

DATED: February 9, 2017

By: */s/ David S. Godkin*
David S. Godkin