Basil P. Fthenakis, Esq. (88399)
CRITERION LAW
2225 E. Bayshore Road, Suite 200
Palo Alto, California 94303
Tel. (650) 352-8400
Fax. (650) 352-8408

Of counsel:

David S. Godkin (Admitted *pro hac vice*)
James E. Kruzer (Admitted *pro hac vice*)
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
Tel: (617) 307-6100
Fax: (617) 307-6101
godkin@birnbaumgodkin.com
kruzer@birnbaumgodkin.com

Attorneys for Plaintiff,
SIX4THREE, LLC, a Delaware
limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIX4THREE, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation and DOES 1 through 50, inclusive<br><br>　　　　Defendants. | Case No. 3:17-cv-00359-WHA<br><br>PROPOSED SEALING ORDER<br><br>Date: February 16, 2017<br>Time: 8:00AM<br>Ctrm: 8<br>Judge: Honorable William H. Alsup |

THIS MATTER comes before the Court on Plaintiff Six4Three, LLC's Administrative Motion to File Under Seal the following Exhibits of the Declaration of David S. Godkin in Support of Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion to Remand and portions of the reply memorandum referring to these exhibits.

| DOCUMENT | DESIGNATING PARTY |
|---|---|
| Exhibit 3 | Facebook |
| Exhibit 4 | Facebook |
| Exhibit 5 | Facebook |
| Exhibit 6 | Facebook |
| Exhibit 7 | Facebook |
| Exhibit 8 | Facebook |
| Exhibit 9 | Facebook |
| Exhibit 10 | Facebook |
| Exhibit 11 | Facebook |
| Exhibit 12 | Facebook |
| Exhibit 13 | Facebook |
| Exhibit 14 | Facebook |
| Exhibit 15 | Facebook |
| Exhibit 16 | Facebook |
| Exhibit 17 | Facebook |
| Exhibit 18 | Facebook |
| Exhibit 19 | Facebook |
| Reply to Defendant's Opposition to Plaintiff's Motion to Remand, pages 10-15 | Facebook |

Having reviewed the papers, and being fully advised, the Court finds that there is good cause to allow this motion. Therefore, the Administrative Motion to File Under Seal is GRANTED.

IT IS SO ORDERED:

Dated: _____  _____
The Honorable William H. Alsup
United States District Judge

|   |   |
|---|---|
| 1 | |
| 2 | **<u>CERTIFICATE OF SERVICE</u>** |
| 3 | The undersigned hereby certifies, under penalty of perjury under the laws of the State of |
| 4 | California, that I electronically filed the foregoing document with the Clerk of the Court using |
| 5 | the CM/ECF system which will send notification of such filing to the following: |
| 6 | |
| 7 | Sonal N. Mehta<br>Laura E. Miller |
| 8 | Catherine Y. Kim<br>Durie Tangri LLP |
| 9 | 217 Leidesdorff Street<br>San Francisco, CA 94111 |
| 10 | SMehta@durietangri.com<br>LMiller@durietangri.com |
| 11 | CKim@durietangri.com |
| 12 | DATED: February 9, 2017 |
| 13 | |
| 14 | By: /s/ David S. Godkin<br>David S. Godkin |