Basil P. Fthenakis, Esq. (88399)
CRITERION LAW
2225 E. Bayshore Road, Suite 200
Palo Alto, California 94303
Tel. (650) 352-8400
Fax. (650) 352-8408
bpf@criterionlaw.com

Of counsel:

David S. Godkin (Admitted *pro hac vice*)
James E. Kruzer (Admitted *pro hac vice*)
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
Tel: (617) 307-6100
Fax: (617) 307-6101
godkin@birnbaumgodkin.com
kruzer@birnbaumgodkin.com

Attorneys for Plaintiff,
SIX4THREE, LLC, a Delaware
limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIX4THREE, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation, and DOES 1 through 50, inclusive<br><br>        Defendants. | Case No. 3:17-cv-00359-WHA<br><br>DECLARATION OF DAVID S. GODKIN IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND<br><br>Date: February 16, 2017<br>Time: 8:00AM<br>Ctrm: 8<br>Judge: Honorable William H. Alsup |

I, David Godkin, declare:

1. I am a partner at the law firm of Birnbaum & Godkin LLP and counsel for Six4Three, LLC ("643") in the above-captioned action.

2. I submit this Declaration in satisfaction of Civil L.R. 7-2 and 7-5.

3. A true and correct copy of the operative complaint filed by plaintiff in *National Credit Reporting Ass'n v. Experian Info. Solutions, Inc.*, U.S. Dist. LEXIS 17303 (N.D. Cal. July 21, 2004) is attached as Exhibit 1.

4. A true and correct copy of the operative complaint filed by plaintiff in *In re Nat'l Football Leagues Sunday Ticket Antitrust Litig.*, 2016 U.S. Dist. LEXIS 41639 (C.D. Cal. Mar. 28, 2016) is attached as Exhibit 2.

5. A true and correct copy of the letter I sent to Facebook's Counsel on January 10, 2017 summarizing Six4Three's review of discovery to date and summarizing the basis for its Motion to Compel production of documents in the custody of key Facebook executives is attached as Exhibit 3. This document contains selections and characterizations of documents which Facebook designated "Confidential" pursuant to Section 2 of the Protective Order entered into in the state court case by Judge Jonathan Karesh of the San Mateo Superior Court on October 25, 2016.

6. A true and correct copy of Bates Stamp FB-00061365 is attached as Exhibit 4. This document has been designated by Facebook as "Confidential" pursuant to the Protective Order in the state-court action.

7. A true and correct copy of Bates Stamp FB-00423235 is attached as <u>Exhibit 5</u>. This document has been designated by Facebook as "Confidential" pursuant to the Protective Order in the state-court action.

8. A true and correct copy of Bates Stamp FB-00061249 is attached as <u>Exhibit 6</u>. This document has been designated by Facebook as "Confidential" pursuant to the Protective Order in the state-court action.

9. A true and correct copy of Bates Stamp FB-00061437 is attached as <u>Exhibit 7</u>. This document has been designated by Facebook as "Confidential" pursuant to the Protective Order in the state-court action.

10. A true and correct copy of Bates Stamp FB-00427400 is attached as <u>Exhibit 8</u>. This document has been designated by Facebook as "Confidential" pursuant to the Protective Order in the state-court action.

11. A true and correct copy of Bates Stamp FB-00427604 is attached as <u>Exhibit 9</u>. This document has been designated by Facebook as "Confidential" pursuant to the Protective Order in the state-court action.

12. A true and correct copy of Bates Stamp FB-00031050 is attached as <u>Exhibit 10</u>. This document has been designated by Facebook as "Confidential" pursuant to the Protective Order in the state-court action.

13. A true and correct copy of Bates Stamp FB-00043884 is attached as <u>Exhibit 11</u>. This document has been designated by Facebook as "Confidential" pursuant to the Protective Order in the state-court action.

14.     A true and correct copy of Bates Stamp FB-00042856 is attached as <u>Exhibit 12</u>. This document has been designated by Facebook as "Confidential" pursuant to the Protective Order in the state-court action.

15.     A true and correct copy of Bates Stamp FB-00042899 is attached as <u>Exhibit 13</u>. This document has been designated by Facebook as "Confidential" pursuant to the Protective Order in the state-court action.

16.     A true and correct copy of Bates Stamp FB-00042373 is attached as <u>Exhibit 14</u>. This document has been designated by Facebook as "Confidential" pursuant to the Protective Order in the state-court action.

17.     A true and correct copy of Bates Stamp FB-00043830 is attached as <u>Exhibit 15</u>. This document has been designated by Facebook as "Confidential" pursuant to the Protective Order in the state-court action.

18.     A true and correct copy of Bates Stamp FB-00045735 is attached as <u>Exhibit 16</u>. This document has been designated by Facebook as "Confidential" pursuant to the Protective Order in the state-court action.

19.     A true and correct copy of Bates Stamp FB-00047134 is attached as <u>Exhibit 17</u>. This document has been designated by Facebook as "Confidential" pursuant to the Protective Order in the state-court action.

20.     A true and correct copy of Bates Stamp FB-00047035 is attached as <u>Exhibit 18</u>. This document has been designated by Facebook as "Confidential" pursuant to the Protective Order in the state-court action.

21. A true and correct copy of Bates Stamp FB-00044220 is attached as <u>Exhibit 19</u>. This document has been designated by Facebook as "Confidential" pursuant to the Protective Order in the state-court action.

I declare the foregoing to be true and correct as of the date listed immediately below.

DATED: February 9, 2017

By:   */s/David S. Godkin*
     David S. Godkin
     Attorney for Six4Three, LLC

# CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury under the laws of the State of California, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sonal N. Mehta
Laura E. Miller
Catherine Y. Kim
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
SMehta@durietangri.com
LMiller@durietangri.com
CKim@durietangri.com

DATED: February 9, 2017

By:   */s/ David S. Godkin*
     David S. Godkin