# EXHIBIT 11

**REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED**