# EXHIBIT 16

**REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED**