# EXHIBIT 18

**REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED**