# EXHIBIT 19

**REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED**