Basil P. Fthenakis, Esq. (88399)
CRITERION LAW
2225 E. Bayshore Road, Suite 200
Palo Alto, California 94303
Tel. (650) 352-8400
Fax. (650) 352-8408
bpf@criterionlaw.com

Of counsel:

David S. Godkin (Admitted *pro hac vice*)
James E. Kruzer (Admitted *pro hac vice*)
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
Tel: (617) 307-6100
Fax: (617) 307-6101
godkin@birnbaumgodkin.com
kruzer@birnbaumgodkin.com

Attorneys for Plaintiff,
SIX4THREE, LLC, a Delaware
limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIX4THREE, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation, and DOES 1 through 50, inclusive<br><br>　　　　Defendants. | Case No. 3:17-cv-00359-WHA<br><br>PLAINTIFF'S RESPONSE TO ORDER GRANTING REQUEST TO FILE A SURREPLY AND REQUESTING RESPONSE FROM PLAINTIFF<br><br><br>Date: February 16, 2017<br>Time: 8:00AM<br>Ctrm: 8<br>Judge: Honorable William H. Alsup |

Plaintiff Six4Three, LLC hereby responds to Judge Alsup's Order Granting Request to File a Surreply and Requesting Response from Plaintiff (#28) as follows: No.

Dated: February 14, 2017            CRITERION LAW

                                    BIRNBAUM & GODKIN, LLP


                                    By:   */s/ David S. Godkin*
                                          Basil P. Fthenakis
                                          David S. Godkin (admitted *pro hac vice*)
                                          James E. Kruzer (admitted *pro hac vice*)
                                          Attorneys for Plaintiff
                                          Six4Three, LLC


### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies, under penalty of perjury under the laws of the State of California, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Sonal N. Mehta
    Laura E. Miller
    Catherine Y. Kim
    Durie Tangri LLP
    217 Leidesdorff Street
    San Francisco, CA 94111
     SMehta@durietangri.com
     LMiller@durietangri.com
     CKim@durietangri.com

DATED: February 14, 2017

                                    By: */s/ David S. Godkin*
                                        David S. Godkin