DURIE TANGRI LLP
SONAL N. MEHTA (SBN 222086)
smehta@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
CATHERINE Y. KIM (SBN 308442)
ckim@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendant
Facebook, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIX4THREE, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC.,<br><br>　　　　　　　　Defendant. | Case No. 3:17-cv-00359-WHA<br><br>**DEFENDANT FACEBOOK, INC.'S NOTICE OF WITHDRAWAL OF OPPOSITION TO PLAINTIFF SIX4THREE, LLC'S MOTION TO REMAND**<br><br>Date:　February 16, 2017<br>Time:　8:00 a.m.<br>Ctrm:　8, 19th Floor<br>Judge:　Honorable William Alsup |

On February 14, 2017, the Court issued an Order Granting Request to File a Surreply and Requesting Response from Plaintiff ("Order"), stating:

> . . . [B]y **FEBRUARY 15 AT 2:00 P.M.**, plaintiff shall state unequivocally whether it will rely in any way on any federal law to support its claims herein. The response must be either "yes" or "no." If the answer is "no," plaintiff will be bound to that answer and on remand may not rely on any federal law.

ECF No. 28 at 2;

On February 14, 2017, Plaintiff Six4Three, LLC ("Six4Three") filed its Response to Order Granting Request to File a Surreply and Requesting Response from Plaintiff ("Response"), stating:

> Plaintiff Six4Three, LLC hereby responds to Judge Alsup's Order Granting Request to File a Surreply and Requesting Response from Plaintiff (#28) as follows: No.

ECF No. 29 at 1;

In reliance on Six4Three's confirmation that it will not "rely in any way on any federal law to support its claims" and is "bound to that answer and on remand may not rely on any federal law," ECF No. 28 at 2, Defendant Facebook, Inc. ("Facebook") hereby withdraws its Opposition to Six4Three's Motion to Remand, ECF No. 20, filed February 6, 2017 ("Opposition"). Facebook respectfully requests that the Court enter an order remanding the case based on the above. A proposed order is submitted herewith.

Dated: February 15, 2017                    DURIE TANGRI LLP

                                            By: _____*/s/ Sonal N. Mehta*_____
                                                 SONAL N. MEHTA

                                            Attorneys for Defendant
                                            Facebook, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Sonal N. Mehta*
SONAL N. MEHTA