IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIX4THREE, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>    Defendant. | No. C 17-00359 WHA<br><br>**REQUEST FOR FURTHER RESPONSE FROM PLAINTIFF** |

Facebook has withdrawn its opposition to Six4Three's motion to remand in light of Six4Three's unequivocal statement that it would not rely on federal law in support of its Section 17200 claim. Counsel for Six4Three contacted the Court's deputy, asking whether the hearing on the pending motion would be vacated. Although all now agree that the action should be remanded, Six4Three has not withdrawn its request for fees and costs incurred as a result of removal. By **2:00 P.M. TODAY**, Six4Three shall state whether it withdraws its requests for fees and costs.

**IT IS SO ORDERED.**

Dated: February 15, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE