Basil P. Fthenakis, Esq. (88399)
CRITERION LAW
2225 E. Bayshore Road, Suite 200
Palo Alto, California 94303
Tel. (650) 352-8400
Fax. (650) 352-8408
bpf@criterionlaw.com

Of counsel:

David S. Godkin (Admitted *pro hac vice*)
James E. Kruzer (Admitted *pro hac vice*)
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
Tel: (617) 307-6100
Fax: (617) 307-6101
godkin@birnbaumgodkin.com
kruzer@birnbaumgodkin.com

Attorneys for Plaintiff,
SIX4THREE, LLC, a Delaware
limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIX4THREE, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation, and DOES 1 through 50, inclusive<br><br>　　　　Defendants. | Case No. 3:17-cv-00359-WHA<br><br>PLAINTIFF'S RESPONSE TO REQUEST FOR FURTHER RESPONSE<br><br><br>Date: February 16, 2017<br>Time: 8:00AM<br>Ctrm: 8<br>Judge: Honorable William H. Alsup |

Plaintiff Six4Three, LLC hereby responds to Judge Alsup's Request for Further Response from Plaintiff (#31) as follows: Plaintiff is not withdrawing its request for fees and costs because there was no objectively reasonable basis for Defendant's removal petition.  Additionally, Defendant could have withdrawn their opposition to Plaintiff's filing yesterday, but did not, which required Plaintiff's counsel to travel from Massachusetts for the hearing.  Accordingly, Plaintiff respectively requests that the Court enter an order granting Plaintiff's motion to remand and awarding Plaintiff its costs and attorneys' fees incurred with respect to its motion to remand. Plaintiff requests 14 days to submit supporting materials

Dated: February 15, 2017                         CRITERION LAW

                                                 BIRNBAUM & GODKIN, LLP


                                                 By:   */s/ David S. Godkin*
                                                       Basil P. Fthenakis
                                                       David S. Godkin (admitted *pro hac vice*)
                                                       James E. Kruzer (admitted *pro hac vice*)
                                                       Attorneys for Plaintiff
                                                       Six4Three, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury under the laws of the State of California, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Sonal N. Mehta
    Laura E. Miller
    Catherine Y. Kim
    Durie Tangri LLP
    217 Leidesdorff Street
    San Francisco, CA 94111
     SMehta@durietangri.com
     LMiller@durietangri.com
     CKim@durietangri.com

DATED: February 15, 2017                  By: */s/ David S. Godkin*
                                                              David S. Godkin