IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIX4THREE, LLC, a Delaware limited liability company,<br><br>       Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>       Defendant. | No. C 17-00359 WHA<br><br>**NOTICE RE ORAL ARGUMENT** |

   Although both sides agree that the action should be remanded, the hearing tomorrow remains as scheduled. The Court will hear argument about whether Six4Three is entitled to its fees and costs. As stated, the Court will particularly welcome any lawyer with four or fewer years of experience to argue the motion for entitlement to fees and costs.

Dated:   February 15, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE