UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong  
Clerk of Court

General Court Number  
415-522-2000

February 21, 2017

San Mateo County Superior Court
400 County Center
Redwood City, CA 94063

RE: Six4three, LLC v. Facebook, Inc.
    17-cv-00359-WHA

Your Case Number: CIV533328

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (x)    Certified copies of docket entries

    (x)    Certified copies of Remand Order

    ( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Susan Y. Soong, Clerk

*Ann L. Slayton*

by: Ann Lynette Slayton
Case Systems Administrator
415-522-3619