FILED

MAR - 6 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov

Susan Y. Soong
Clerk of Court

General Court Number
415-522-2000

February 21, 2017

San Mateo County Superior Court
400 County Center
Redwood City, CA 94063

RE: Six4three, LLC v. Facebook, Inc.
   17-cv-00359-WHA

Your Case Number: CIV533328

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (x)    Certified copies of docket entries

    (x)    Certified copies of Remand Order

    ( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Susan Y. Soong, Clerk

*Ann L. Slayton*
by: Ann Lynette Slayton
Case Systems Administrator
415-522-3619

Superior Court of California
County of San Mateo
400 County Center
Redwood City, CA 94063-1655

United States District Court
450 Golden Gate Ave.
San Francisco, CA 94102

RECEIVED
MAR - 6 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

neopost
03/02/2017
US POSTAGE $000.42³
FIRST-CLASS MAIL
AUTO
ZIP 94063
041L12203326